AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED

JUN 14 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) |
| v. | ) |
| | ) Case No. |
| 1) SALVADOR CASTRO, JR. aka THE OLD MAN aka GANGSTER; | ) |
| 2) RAYMOND LOPEZ, aka NY, | ) |
| and additional defendants on Attachment A | ) |
| | ) 1:19 MJ 00 128  BAM |
| _____ | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Mar 1, 2019 through June 10, 2019  in the county of  Kings and Tulare  in the

_____Eastern_____  District of  _____California_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| - 21 U.S.C. § 846, 841(a)(1) (1 Counts) | - Conspiracy to Possess with Intent to Distribute and Distribute Over 500 Grams of a Mixture Containing Methamphetamine |
| - 21 U.S.C. § 841(a)(1) (1 Counts) | - Distribution of Over 500 Grams of a Mixture Containing Methamphetamine |
| - 21 U.S.C. § 841(a)(1) (2 Counts) | - Possession with Intent to Distribute Over 500 Grams of a Mixture Containing Methamphetamine |
| - 21 U.S.C. § 841(a)(1) (3 Counts) | - Distribution of Over 50 Grams of a Mixture Containing Methamphetamine |
| - 21 U.S.C. § 841(a)(1) (3 Count) | - Possession with Intent to Distribute Over 50 Grams of a Mixture Containing Methamphetamine |

This criminal complaint is based on these facts:

See attached Affidavit of FBI SA Ryan Steger, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Ryan Steger, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:  6/14/19 _____

_____
Judge's signature

City and state:  Fresno, California          Barbara A. McCauliffe, U.S. Magistrate Judge
Printed name and title

## ATTACHMENT A

3)   JESSE JUAREZ aka STRESS aka MESS,

4)   DANIEL JUAREZ,

5)   MICHAEL ROCHA aka WHITEY,

6)   ANGEL MONTES aka LISTO aka JAY,

7)   RAFAEL LOPEZ aka HULK,

8)   MANUEL BARRERA aka CHACHO,

9)   MANUEL GARCIA aka MUGZY,

10)  JOANN BERNAL,

11)  RAMON AMADOR aka TWIST, and

12)  RAUL LOPEZ, JR.

**United States v. Salvador CASTRO, Jr., et al.**
**Penalties for Criminal Complaint**

**Defendants**
1)     **SALVADOR CASTRO, JR. aka THE OLD MAN aka GANGSTER,**
2)     **RAYMOND LOPEZ, aka NY,**
3)     **JESSE JUAREZ aka STRESS aka MESS,**
4)     **DANIEL JUAREZ,**
5)     **MICHAEL ROCHA aka WHITEY,**
6)     **ANGEL MONTES aka LISTO aka JAY,**
7)     **RAFAEL LOPEZ aka HULK,**
8)     **MANUEL BARRERA aka CHACHO,**
9)     **MANUEL GARCIA aka MUGZY,**
10)    **JOANN BERNAL,**
11)    **RAMON AMADOR aka TWIST, and**
12)    **RAUL LOPEZ, JR.**


**COUNT 1:**     **Salvador CASTRO, Jr., Raymond LOPEZ, Jesse JUAREZ, Daniel JUAREZ, Michael ROCHA, Angel MONTES, Manuel BARRERA, Manuel GARCIA, Joann BERNAL, and Ramon AMADOR**

VIOLATION:     21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Possess with Intent to Distribute and Distribution of over 500 Grams of a Mixture Containing Methamphetamine

PENALTIES:     Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or fine of up to $10,000,000; or both fine and imprisonment Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**     **Salvador CASTRO, Jr., Raymond LOPEZ, Jesse JUAREZ, and Michael ROCHA**

VIOLATION:     21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Over 500 Grams of a Mixture Containing Methamphetamine

PENALTIES:     Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or fine of up to $10,000,000; or both fine and imprisonment Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 3:**     **Jesse JUAREZ, Daniel JUAREZ, Michael ROCHA, and Raymond LOPEZ**

VIOLATION:     21 U.S.C. § 841(a)(1) - Distribution of Over 500 Grams of a Mixture Containing Methamphetamine

PENALTIES:          Mandatory minimum of 10 years in prison and a maximum of up to life in
                    prison; or fine of up to $10,000,000; or both fine and imprisonment
                    Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 4:**            **Manuel GARCIA and Joann BERNAL**

VIOLATION:          21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Over 500
                    Grams of a Mixture Containing Methamphetamine

PENALTIES:          Mandatory minimum of 10 years in prison and a maximum of up to life in
                    prison; or fine of up to $10,000,000; or both fine and imprisonment
                    Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 5:**            **Jesse JUAREZ and Angel MONTES**

VIOLATION:          21 U.S.C. § 841(a)(1) - Distribution of Over 50 Grams of a Mixture
                    Containing Methamphetamine

PENALTIES:          Mandatory minimum of 5 years in prison and a maximum of up to 40
                    years in prison; or fine of up to $5,000,000; or both fine and imprisonment
                    Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 6:**            **Manuel BARRERA**

VIOLATION:          21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Over 50
                    Grams of a Mixture Containing Methamphetamine

PENALTIES:          Mandatory minimum of 5 years in prison and a maximum of up to 40
                    years in prison; or fine of up to $5,000,000; or both fine and imprisonment
                    Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 7:**            **Jesse JUAREZ, Michael ROCHA, and Angel MONTES**

VIOLATION:          21 U.S.C. § 841(a)(1) - Distribution of Over 50 Grams of a Mixture
                    Containing Methamphetamine

PENALTIES:          Mandatory minimum of 5 years in prison and a maximum of up to 40
                    years in prison; or fine of up to $5,000,000; or both fine and imprisonment
                    Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 8:**        **Ramon AMADOR**

VIOLATION:      21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Over 50 Grams of a Mixture Containing Methamphetamine

PENALTIES:      Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or fine of up to $5,000,000; or both fine and imprisonment Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 9:**        **Raul LOPEZ**

VIOLATION:      21 U.S.C. § 841(a)(1) - Distribution of Over 50 grams of a Mixture Containing Methamphetamine

PENALTIES:      Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or fine of up to $5,000,000; or both fine and imprisonment Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 10:**      **Rafael LOPEZ**

VIOLATION:      21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Over 50 grams of a Mixture Containing Methamphetamine

PENALTIES:      Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or fine of up to $5,000,000; or both fine and imprisonment Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | AFFIDAVIT OF FBI SA RYAN STEGER |
| v. | |
| 1) SALVADOR CASTRO, JR. aka THE OLD MAN aka GANGSTER,<br>2) RAYMOND LOPEZ, aka NY,<br>3) JESSE JUAREZ aka STRESS aka MESS,<br>4) DANIEL JUAREZ,<br>5) MICHAEL ROCHA aka WHITEY,<br>6) ANGEL MONTES aka LISTO aka JAY,<br>7) RAFAEL LOPEZ aka HULK,<br>8) MANUEL BARRERA aka CHACHO,<br>9) MANUEL GARCIA aka MUGZY,<br>10) JOANN BERNAL,<br>11) RAMON AMADOR aka TWIST, and<br>12) RAUL LOPEZ, JR., | |
| Defendants. | |

I, Ryan Steger, being sworn, depose and state the following:

## I. **INTRODUCTION**

1.      This affidavit is being submitted in support of the issuance of arrest warrants for Salvador **CASTRO**, Jr., Raymond **LOPEZ**, Jesse **JUAREZ**, Michael **ROCHA**, Daniel **JUAREZ**, Angel **MONTES**, Rafael **LOPEZ**, Manuel **BARRERA**, Manuel **GARCIA**, Joann **BERNAL**, Ramon **AMADOR**, and Raul **LOPEZ** Jr. for violations of Title 21, United States Code, Sections 846, 841(a)(1), Conspiracy to Possess with Intent to Distribute and Distribute Over 500 Grams of a Mixture Containing Methamphetamine (1 count); Section 841(a)(1), Possession with Intent to Distribute Over 500 Grams of a Mixture Containing Methamphetamine (2 counts); Section 841(a)(1), Distribution of Over 500 grams of a Mixture Containing Methamphetamine (1 counts); Section 841(a)(1), Distribution

1  of Over 50 Grams of a Mixture Containing Methamphetamine (3 counts); and Section 841(a)(1),

2  Possession with Intent to Distribute Over 50 grams of a Mixture Containing Methamphetamine (3

3  counts).

4  **OVERVIEW OF INVESTIGATION**

5       2.      The investigation described in this Affidavit reveals that, between March 25, 2019, and

6  June 10, 2019, Nuestra Familia (referred to hereinafter as "NF")[1] members and associates, along with

7  northern California Hispanic street gangs controlled by the NF, conducted extensive, widespread,

8  organized, criminal activity in Kings and Tulare Counties, from within California's prisons.

9  Specifically, high-ranking NF members Salvador **CASTRO**, Jr. and Raymond **LOPEZ** oversaw

10  significant methamphetamine, cocaine, and cannabis trafficking operations from within Pleasant Valley

11  State Prison, located at 24863 W Jayne Ave., Coalinga, California in Fresno County.  They used

12  contraband cell phones to extend the reach of their drug trafficking activity from that prison to the

13  streets of Kings and Tulare Counties.  **CASTRO** and Raymond **LOPEZ** managed the drug trafficking

14  organization with substantial assistance from Jesse **JUAREZ**,[2] who served as a leader in the

15  organization outside of the prison, as well as Angel **MONTES** and Rafael **LOPEZ**, who served as

16  **JUAREZ's** second and third in command, and Michael **ROCHA**, who oversaw the organization's

17  storage location for narcotics and money.

18       3.      In sum and as set forth more fully below, the operation worked as follows:  **CASTRO**

19  and Raymond **LOPEZ** arranged the transport of illicit narcotics from drug sources in California and

20  Mexico to Michael **ROCHA**'s residence.  **ROCHA** would then ensure that the narcotics were ready for

21  distribution and consumption. From there, **JUAREZ** coordinated the delivery of the narcotics to a

22  network of gang members who oversaw the distribution of narcotics in their assigned area(s) of Kings

23  County.  Through court-authorized wiretaps and other investigative means, the Hanford Police

24  Department, King's County Sheriff's Department, Tulare County Sheriff's Department, California

25

26  _____
[1] As described more fully below, the NF is a prison gang and has several organizations within the
NF umbrella – Nortenos, Nuestra Raza, and northerner criminal street gangs.  Reference to the NF
includes these suborganizations.

27  [2] In the interest of clarity, when I refer to **JUAREZ** of J. **JUAREZ**, I mean Jesse **JUAREZ** and

28  when I refer to D. **JUAREZ**, I mean Daniel **JUAREZ**.

Department of Justice Special Operations Unit, California Highway Patrol, and the Federal Bureau of Investigation and other assisting agencies uncovered and disrupted multiple narcotics sales and seized substantial amounts of methamphetamine, cocaine, and cannabis from multiple vehicle stops made during the course of the operation.

## Identification of Target Telephones

4.      On March 25, 2019, Kings County Superior Court Judge Michael Reinhart authorized an order to intercept wire and electronic communications over Target Telephone #6 (TT#6), KDCA 2019-001. The investigation revealed TT#6 was used by J.B.[3] On April 22, 2019, Superior Court Judge Reinhart authorized an order to extend wire and electronic communication over TT#6 for another 30 days, KDCA 2019-004.

5.      On April 19, 2019, Kings County Superior Court Judge Michael Reinhart authorized an order to intercept wire and electronic communications over Target Telephone #13 (TT#13), KDCA 2019-005. The investigation revealed TT#13 was used by **JUAREZ**.[4] On May 18, 2019, Superior Court Judge Reinhart authorized an order to extend wire and electronic communication over TT#13 for another 30 days, KDCA 2019-008.

6.      On April 19, 2019, Kings County Superior Court Judge Michael Reinhart authorized an order to intercept wire and electronic communications over Target Telephone #14 (TT#14), KDCA 2019-005. The investigation revealed TT#14 was used by Angel **MONTES**.[5] On May 18, 2019,

---

[3] On February 21, 2019, an officer from the California Highway Patrol initiated a traffic stop on J.B. While J.B. was stopped by the officer, a member of the investigative team dialed TT#6, (559) 904-1312. The officer observed J.B.'s phone begin to ring, at which point J.B. silenced the phone.

[4] On April 17, 2019, the investigation team called TT#13, (559) 901-8990, while simultaneously physically observing **JUAREZ** standing outside his vehicle. The call went to voicemail. A few minutes after, the investigative team observed **JUAREZ** walk to his vehicle, take out a cellular phone, and put it to his ear. A few moments later, the member of the investigative team who had previously attempted to call **JUAREZ** saw that his phone was receiving a call from (559) 901-8990. **JUAREZ** was observed having a brief conversation with the member of the investigation team.

[5] On April 11, 2019, the investigative team intercepted an incoming call from TT#14, (559) 909-0861, to TT#6. During the call, **MONTES** identified himself as "Angel **MONTES**" and says that he lives in Visalia. In the same call, **MONTES** indicates that he was released from prison in July 2018 and that his parole date was July 5, 2018. Angel **MONTES** lives in Visalia, was released from prison in July 2018 and had a parole date of July 5, 2018. Approximately one week later, the investigative team intercepted a call in which **MONTES** agreed to meet at the Arco gas station in Hanford, CA. **MONTES** (who was identified based on a photograph obtained from the Department of Motor Vehicles) was then observed meeting with J.B. at the Arco gas station in Hanford, CA while driving a vehicle registered in

1 | Superior Court Judge Reinhart authorized an order to extend wire and electronic communication over

2 | TT#14 for another 30 days, KDCA 2019-008.

3 |    7.    On April 19, 2019, Kings County Superior Court Judge Michael Reinhart authorized an

4 | order to intercept wire and electronic communications over Target Telephone #16 (TT#16), KDCA

5 | 2019-005. The investigation revealed TT#16 was used by Manuel **GARCIA**.[6] On May 18, 2019,

6 | Superior Court Judge Reinhart authorized an order to extend wire and electronic communication over

7 | TT#16 for another 30 days, KDCA 2019-008.

8 |    8.    On May 3, 2019, Kings County Superior Court Judge Michael Reinhart authorized an

9 | order to intercept wire and electronic communications over Target Telephone #18 (TT#18), KDCA

10 | 2019-006. The investigation revealed TT#18 was used by Manuel **BARRERA**.[7] On May 30, 2019,

11 | Superior Court Judge Reinhart authorized an order to extend wire and electronic communication over

12 | TT#18 for another 30 days, KDCA 2019-012.

13 |    9.    On May 3, 2019, Kings County Superior Court Judge Michael Reinhart authorized an

14 | order to intercept wire and electronic communications over Target Telephone #19 (TT#19), KDCA

15 | 2019-006. The investigation revealed TT#19 was used by H.G.[8] On May 30, 2019, Superior Court Judge

16 | Reinhart authorized an order to extend wire and electronic communication over TT#19 for another 30

17 | days, KDCA 2019-012.

---

his name.

[6] On April 17, 2019, the investigative team intercepted an incoming call from TT#16, (559) 816-6081, to TT#9. During the call, **GARCIA** speaks about "Joann." The investigation has revealed that Joann **BERNAL** and **GARCIA** are paramours. On April 20, 2019, the investigative team intercepted a text message from (559) 816-6081 in which **GARCIA** identifies himself as "mugz." On May 3, 2019, the investigative team intercepted a call to (559) 816-6081 in which **BERNAL** calls **GARCIA** "Manuel."

[7] The investigative team submitted queries to law enforcement databases, which indicated that **BARRERA** was the registered user of TT#18, (559) 572-5840. Additionally, in multiple calls to (559) 572-5840, **BARRERA** is referred to as "Chacho," which the investigation has revealed is **BARRERA**'s moniker in the community.

[8] On May 17, 2019, the investigative team intercepted a call from TT#19, (559) 572-9337, in which H.G. asks an unidentified female to let her son know that "[H]" called. On May 20, 2019, the investigative team intercepted a text message to (559) 572-9337 in which the sender refers to H.G. as "[H]." Additionally, the investigative team received intelligence from other law enforcement entities indicating that (559) 572-9337 was connected to H.G.

10.     On May 3, 2019, Kings County Superior Court Judge Michael Reinhart authorized an order to intercept wire and electronic communications over Target Telephone #20 (TT#20), KDCA 2019-006.[9] The investigation revealed TT#20 was used by Salvador **CASTRO**, Jr.[10] On May 30, 2019, Superior Court Judge Reinhart authorized an order to extend wire and electronic communication over TT#20 for another 30 days, KDCA 2019-012.

11.     On May 3, 2019, Kings County Superior Court Judge Michael Reinhart authorized an order to intercept wire and electronic communications over Target Telephone #21 (TT#21), KDCA 2019-006.[11] The investigation revealed TT#21 was used by Raymond **LOPEZ**.[12] On May 30, 2019, Superior Court Judge Reinhart authorized an order to extend wire and electronic communication over TT#21 for another 30 days, KDCA 2019-012.

12.     On May 3, 2019 and May 9, 2019, Kings County Superior Court Judge Michael Reinhart authorized an order and an amendment to the order to intercept electronic communications through the TextNow VoIP messaging service used by Target Telephone #21 (TT#21), KDCA 2019-006. The interception of messages over TT#21 began shortly after the orders were signed on May 9, 2019 and were valid for historical messages sent up to 30 days prior to the signing of the order and for all subsequent messages until 30 days after the order was signed.

---

[9] The phone number associated with this telephone is (707) 300-7958.

[10] The investigative team sent an intercepted phone call of **CASTRO** to SSU Special Agent James Rochester who was able to get the phone call to Correctional Officer Dustin Thompson at Pleasant Valley State Prison (PVSP), where **CASTRO** is incarcerated. Thompson has had several personal conversations with **CASTRO** and is familiar with his voice. Thompson also was able to identify that the individual using TT#20 was **CASTRO** based on a phone call that he listened to in which **CASTRO** discussed "med call," which is where **CASTRO** gets prescribed medication. SA Rochester also compared the voice from the TT#20 calls with a recorded phone call from the prison Inmate Ward Telephone System (IWTS) which is run by Global Tel Link (GTL). The call was placed from **CASTRO** to his wife Lupe on 10/01/2018, at 10:16 am and lasted for 5 minutes. SA Rochester also believes **CASTRO** is the user of TT#20 based on his review of the intercepted calls.

[11] The phone number associated with this telephone is (949) 523-1406.

[12] The investigative team provided SSU Special Agent (SA) James Rochester with calls from TT#21, (949) 523-1406. SA Rochester then compared those calls with recorded prison calls of **LOPEZ** and determined that he was the same person using cellular phone number (949) 523-1406. Additionally, in reviewing the downloaded and sent photographs from TT#21 received from textnow.com, there are several photographs of **LOPEZ** that match his booking photographs, along with screenshot pictures with his full name and prison included.

13.    On May 3, 2019, Kings County Superior Court Judge Michael Reinhart authorized an order to intercept wire and electronic communications over Target Telephone #22 (TT#22), KDCA 2019-006. The investigation revealed TT#22 was used by Michael **ROCHA**.[13] On May 30, 2019, Superior Court Judge Reinhart authorized an order to extend wire and electronic communication over TT#22 for another 30 days, KDCA 2019-012.

14.    On May 23, 2019, Kings County Superior Court Judge Michael Reinhart authorized an order to intercept wire and electronic communications over Target Telephone #23 (TT#23), KDCA 2019-010. The investigation revealed TT#23 was used by Michael **ROCHA**.[14]

15.    On May 23, 2019, Kings County Superior Court Judge Michael Reinhart authorized an order to intercept wire and electronic communications over Target Telephone #24 (TT#24), KDCA 2019-010. The investigation revealed TT#24 was used by Michael **ROCHA**.[15]

16.    On May 29, 2019, Kings County Superior Court Judge Michael Reinhart authorized an order to intercept wire and electronic communications over Target Telephone #35 (TT#35), KCDA 2019-014. The investigation revealed TT#35 was used by Michael **ROCHA**.[16]

---

[13] On April 12, 2019, the investigative team called TT#22, (559) 747-9799, while simultaneously physically observing **ROCHA**. The investigative team observed **ROCHA** while he answered the phone and had a brief conversation with a member of the investigative team. Additionally, **ROCHA** was identified as the user of (559) 747-9799 after the investigative team submitted queries to law enforcement databases and conducted open source internet research.

[14] See footnote 15.

[15] On May 13, 2019, **ROCHA**, using TT#22, had a telephone conversation with Raymond **LOPEZ**, using (559) 280-0559. During the call, **ROCHA** told Raymond **LOPEZ** that **ROCHA** was going to "hook up" a phone "'cause that's the phone [he] use[s] for all those guys." Approximately thirty minutes later, an incoming call was intercepted between TT#22 and TT#23; there was no content on the call. Based on the previous conversation, I believe **ROCHA** was activating TT#23. On May 17, 2019, TT#24 sent a text message to Raymond **LOPEZ**, using (559) 280-0559. The body of the text message read, "5596906245 new line whitey." (559) 690-6245 is the number for TT#23 and "whitey" is **ROCHA**'s moniker. On May 17, 2019, a call was intercepted between TT#23 and (559) 563-1307, used by Rafael **LOPEZ**. During the call, Rafael **LOPEZ** asks **ROCHA** if Rafael **LOPEZ** can get a pound of illicit narcotics on consignment with the understanding that Rafael **LOPEZ** would have the money to pay the gang back in a "day or two." Rafael **LOPEZ** then asked **ROCHA** to "call them" and ask if Rafael **LOPEZ** could "get one." **ROCHA** agreed. On the same date, a text message was intercepted from TT#24 to TT#21, used by Raymond **LOPEZ**. The body of the text message read: "hulk wants to know front." Based on my training and experience, I know a "front" to be a phrase used in the drug trafficking community to sell illicit narcotics on consignment. I believe **ROCHA** was following through on his promise to Rafael **LOPEZ** to contact the gang to ask about getting Rafael **LOPEZ** a pound of illicit narcotics. Based on all of the above evidence, I believe that **ROCHA** is the user of TT#23 and TT#24.

[16] On May 26, 2019, **ROCHA**, using TT#24, told **LOPEZ**, using TT#21, that **ROCHA**'s phone

17.     On May 31, 2019, Kings County Superior Court Judge Michael Reinhart authorized an order to intercept wire and electronic communications over Target Telephone #38 (TT#38), KDCA 2019-015. The investigation revealed TT#38 was used by Ramon **AMADOR**.[17]

18.     The interception of communications over all targeted phone lines began shortly after each respective order was signed and each order was valid for 30 days.

## PURPOSE AND STRUCTURE OF AFFIDAVIT

19.     I submit this Affidavit to support my request for a criminal complaint alleging violations of federal law and related arrest warrants.  I have divided this Affidavit into three sections.

20.     First, in the section captioned "**Criminal Violations and Requested Arrest Warrants**," I set forth the charges, names, and other identifying information regarding the individuals for whom I am seeking arrest warrants (collectively referred to as the "defendants").

21.     Second, in the section captioned "**Background of Investigating Agent**," I explain the basis for my knowledge of the facts asserted in this Affidavit and my background, training, and experience as it relates to this investigation.

22.     Third, in the section captioned "**Probable Cause**," I describe the facts and circumstances that establish the probable cause necessary for this Court to issue the requested criminal complaint and arrest warrants.

## CRIMINAL VIOLATIONS AND REQUESTED ARREST WARRANTS

**A.     Charges**

23.     In the section below, I have listed each of the counts included in this Criminal Complaint along with the defendants included in each count.

---

was going to "go out" on "the 26th" and that he was going to get a new one. On the same date, approximately five hours later, **ROCHA**, using TT#24, sent a text message to **LOPEZ**, using TT#21. The body of the text message read, "5594715339 new line for un old man." (559) 471-5339 is the number for TT#35.

[17] On April 23, 2019, **JUAREZ** was observed meeting with an individual identified by the surveillance team as Ramon **AMADOR** based on his photo from the California Department of Motor Vehicles. Over the following days, **JUAREZ** made several phone calls indicating that he had met with "Twist." On April 27, a call was intercepted from TT#38 and TT#14, used by **MONTES**. During the call, **MONTES** and the caller agree to meet the following morning. Later that night, a call was intercepted from TT#13, used by **JUAREZ**, to TT#14, used by **MONTES**. During the call, **MONTES** tells **JUAREZ** that he is going to meet "Twist" the following morning.

24.     Count 1: Conspiracy to Possess with Intent to Distribute and Distribution of over 500 Grams of a Mixture Containing Methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(a)(1)—May 5, 2019, and May 15, 2019—Defendants Salvador **CASTRO**, Jr., Raymond **LOPEZ**, Jesse **JUAREZ**, Daniel **JUAREZ**, Michael **ROCHA**, Angel **MONTES**, Manuel **BARRERA**, Manuel **GARCIA**, Joann **BERNAL**, and Ramon **AMADOR**.

25.     Count 2: Possession with Intent to Distribute over 500 Grams of a Mixture Containing Methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(a)(1)—May 5, 2019, and May 15, 2019—Defendants Salvador **CASTRO**, Jr., Raymond **LOPEZ**, Jesse **JUAREZ**, and Michael **ROCHA**.

26.     Count 3: Distribution of Over 500 grams of a Mixture Containing Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1)—On May 15, 2019—Defendants Jesse **JUAREZ**, Daniel **JUAREZ**, Michael **ROCHA**, and Raymond **LOPEZ**.

27.     Count 4: Possession with Intent to Distribute Over 500 grams of a Mixture Containing Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1)—On May 15, 2019—Defendants Manuel **GARCIA** and Joann **BERNAL**.

28.     Count 5: Distribution of Over 50 Grams of a Mixture Containing Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1)—On May 15, 2019—Defendants Jesse **JUAREZ** and Angel **MONTES**.

29.     Count 6: Possession with Intent to Distribute Over 50 grams of a Mixture Containing Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1)—On May 15, 2019—Defendant Manuel **BARRERA**.

30.     Count 7: Distribution of Over 50 Grams of a Mixture Containing Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1)— On May 24, 2019—Defendants Jesse **JUAREZ**, Michael **ROCHA**, and Angel **MONTES**.

31.     Count 8: Possession with Intent to Distribute Over 50 grams of a Mixture Containing Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1)—On May 24, 2019—Defendant Ramon **AMADOR**.

32.     Count 9: Distribution of Over 50 grams of a Mixture Containing Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1)—On May 31, 2019—Defendant Raul **LOPEZ**.

33.     Count 10: Possession with Intent to Distribute Over 50 grams of a Mixture Containing Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1)—On May 31, 2019—Defendant Rafael **LOPEZ**.

**B.     The Defendants**

34.     **Salvador CASTRO Jr., also known as "The Old Man"** is a high-ranking Nuestra Familia gang member.[18] He is currently incarcerated in Pleasant Valley State Prison and regularly conducts drug-trafficking activity from that location.

35.     **Raymond LOPEZ, also known as "NY"** is a high-ranking Nuestra Familia gang member. He is currently incarcerated in Pleasant Valley State Prison and regularly conducts drug-trafficking activity from that location. His criminal history includes a prior "serious violent felony,"[19] a 2013 felony conviction for Assaulting a Person with a Semi-Automatic Firearm.

36.     **Jesse JUAREZ, also known as "Mess," also known as "Stress"** is a Nuestra Familia gang member, and the Street Regiment Commander for the Kings County regiment. His criminal history includes a prior "serious drug felony," a 2013 felony conviction for Possession with Intent to Distribute, as well as a 2014 conviction for Possession of a Controlled Substance for Sale.

37.     **Daniel JUAREZ** is a Norteno gang member, is the brother of **Jesse JUAREZ**, and functions as a runner for the NF prison gang and suborganization, the Norteno criminal street gang.

38.     **Michael ROCHA, also known as "Whitey"** is likely a Nuestra Familia gang member, and regularly handles large amounts of narcotics and money at his residence.

39.     **Angel MONTES, also known as "Listo," also known as "Jay"** is at least a high-ranking Norteno gang member, and possibly an N-Sol (i.e. a Nuestra Familia recruit, see below). His

---

[18] The gang affiliation of the defendants is set forth more fully below.

[19] *See* 21 U.S.C. §§ 841(b)(1)(A) and 960(b)(1) (setting forth statutory mandatory minimum penalties for a defendant with qualifying predicate convictions).

1  criminal history includes a prior "serious violent felony," a 2014 felony conviction for Assault with a

2  Firearm on a Person.

3    40.    **Rafael LOPEZ, also known as "Hulk"** is at least a high-ranking Norteno gang member,

4  and possibly an N-Sol (i.e. a Nuestra Familia recruit, see below). His criminal history includes the

5  following prior drug trafficking convictions: a 2001 conviction for Possession of Marijuana for Sale, a

6  2009 felony conviction for Transportation of a Controlled Substance; a 2012 felony conviction for

7  Possession of a Controlled Substance for Sale; and a 2016 felony conviction for Possession of a

8  Controlled Substance for Sale.

9    41.    **Manuel GARCIA, also known as "Mugzy"** is a Norteno gang member, and is

10  responsible to the Nuestra Familia for the Armona area. His criminal history includes a prior "serious

11  drug felony," a 2010 felony conviction for Distribution of a Controlled Substance.

12    42.    **Joann BERNAL, also known as "Cotta"** is the paramour of Manuel **GARCIA**, and

13  regularly participates with him in his drug-dealing activity.

14    43.    **Manuel BARRERA, also known as "Chacho"** is a Norteno gang member, and is

15  responsible to the Nuestra Familia for the Kettleman City area.

16    44.    **Ramon AMADOR, also known as "Twist"** is a Norteno gang member, and is

17  responsible to the Nuestra Familia for the Corcoran area. His criminal history includes a prior "serious

18  violent felony," a 2011 felony conviction for Assaulting a Person with a Semi-Automatic Firearm with a

19  Gang Enhancement.

20    45.    **Raul LOPEZ, Jr.** is a Norteno associate and a drug supplier for the Norteno criminal

21  street gang. His criminal history includes the following prior drug trafficking convictions: a 2005 felony

22  conviction for Possession of Marijuana for Sale, a 2009 felony conviction for Purchasing Narcotics for

23  Sale, a 2009 conviction for Possessing Controlled Substance for Sale, and a 2018 conviction for

24  Possession of Marijuana for Sale.

25                    **BACKGROUND OF INVESTIGATIVE AGENT**

26    46.    I am employed as a Special Agent with the Federal Bureau of Investigation (FBI).  As

27  such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title

28  18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by

1   law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States

2   Code, Section 2516(1).

3       47.   I have been a Special Agent with the FBI since February 2019.  I received basic law

4   enforcement instruction at the FBI Academy from approximately September 2018 through February

5   2019.  I have been assigned to FBI's Safe Streets Task Force (SSTF) in Fresno, CA since February

6   2019.

7       48.   Prior to joining the FBI, I was a prosecutor at the Kane County State's Attorney's Office

8   in Kane County, Illinois from approximately November 2014 until September 2018. In that position, I

9   prosecuted offenses ranging from traffic infractions to felony-level batteries, drug offenses, burglaries,

10  and gang-related offenses, and as such have participated in numerous investigations of the same.

11      49.   During the course of my employment, I have spoken with numerous other experienced

12  federal and state investigators who are familiar with the Norteno Street Gang enterprise.[20]  I have also

13  reviewed legal documents and reports describing the Norteno Street Gang and its activities.  Based on

14  these conversations and review of reports and other documents, and involvement in gang-related

15  investigations, I am aware of the Norteno Street Gang enterprise and the manner in which it operates.

16      50.   I am familiar with the methods, language, structures, and criminal activities of street

17  gangs and transnational gangs, including Nortenos, operating in and through this judicial district.  I am

18  familiar with street and leadership level extortion collection activities of these gangs.  I am familiar with

19  the types and amount of profits made by narcotics smugglers and the methods, language, and terms

20  which are used to disguise the source and nature of the profits from their illegal narcotic dealings.

21      51.   I know from my training, experience, and the current investigation, that Nortenos utilize

22  cellular telephones and Facebook for communication within the gang in order to organize and plan the

23  gang's criminal activities, including but not limited to assaults, violence, and drug sales. Additionally

24  Nortenos utilize these methods of communication to stay in contact with each other and to promote

25  Norteno business.

26

27  ──────────────────

28  [20] When I refer to "enterprise" in this affidavit, I am referring to "enterprise" as defined in Title 18 U.S.C. Section 1961.

52.     During my monitoring and review of legally intercepted phone calls, text messages, Facebook postings, and Facebook messages in this case, I have noted several slang terms used in reference to illegally obtained items or illegally possessed items.  The purpose of the use of slang during phone calls, Facebook messages, and text messages is to obstruct law enforcement in their investigations.

53.     Many Norteno members speak both English and Spanish, and I do not speak or understand Spanish.  Throughout this investigation, FBI linguists and certified Spanish speaking members of the investigative team have assisted me in communicating with Norteno members, witnesses, and Confidential Human Sources (CHS), as well as to review Facebook messenger communications and court authorized telephone intercepts.

54.     It is my opinion, that all defendants named in this affidavit are either Norteno gang members, or are associated with the Norteno Street Gang enterprise.  This opinion is based on my training, experience, knowledge of this investigation, and each individual meeting gang validation criteria including, but not limited to: associating with known Norteno members, corresponding with known Norteno members, writing about the Norteno Street Gang enterprise, photographs and messages relating to the Norteno Street Gang enterprise on Facebook, the use of graffiti associated with the Norteno Street Gang enterprise, and court authorized intercepted telephone phone calls and messages discussing Norteno activity and business.

55.     I make this affidavit, in part, based on personal knowledge derived from my participation in this and past investigations and in part, upon discussion of facts and information developed by other agents/detectives involved in this investigation.  The information contained in this affidavit is based upon my personal observations and training and, where noted, information related to me by other law enforcement officers and/or agents.

56.     The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all the information known to me and other law enforcement investigators.  Rather, this affidavit serves to establish probable cause for the arrest of the above named individuals.

**Narcotics**

57.     Based on my training, experience, and consultation with other law enforcement officers, I know:

58.     Persons involved in the transportation, distribution, purchase, sale, and/or use of illegal narcotics often use vague or ambiguous terms to describe controlled substances.  Based on this information I know the terms "powder," "rock," "crack," "cream," "hard," "soft," and "soda" are used to describe cocaine base as defined in United States Federal Drug Enforcement Administration (DEA) Schedule II.  Any reference to powder, rock, crack, cream, hard, soft, or soda shall be considered synonymous with cocaine base.

59.     Cocaine is a naturally derived central nervous system stimulant extracted and refined from the Coca plant of South America.  Cocaine is typically a white powder which is ingested by being snorted, injected, or smoked.  Powder cocaine can be smoked; however, due to the extreme temperatures involved in the smoking process, this is a very inefficient method of ingestion as powder cocaine tends to burn rather than vaporize.

60.     Drug distributors commonly have in their possession (that is, on their person, at their residence, and in areas under their control), firearms, including, but not limited to, handguns, pistols, revolvers, rifles, shotguns, machine guns, silencers, and other weapons.  Such firearms are used to protect and secure drug distributors, their contraband, and property derived from drug distribution proceeds.  Such property may include, but is not limited to, narcotics and other dangerous drugs, jewelry, narcotic paraphernalia, books, records, ledgers, and quantities of currency related to their drug distributing activity.

61.     Drug distributors often have on hand large amounts of currency in order to maintain and finance their ongoing business.  It has been my experience that large scale drug distributors often keep large sums of currency, caches of drugs, financial instruments, precious metals, jewelry, automobiles, and other items of value and/or proceeds of drug transactions, including evidence of financial transactions related to obtaining, transferring, secreting, or spending large sums of money acquired from engaging in the acquisition and distribution of controlled substances and/or analogues in their residence, vehicles, safes, storage containers, and in other areas under their control.

62.    Drug distributors often utilize vehicles in which to transport and distribute controlled substances and/or analogues to facilitate their distributing activities.  Based on my training, background, experience, conversations with other law enforcement officers, and the knowledge I have gained through this investigation, I also know that distributors will also utilize vehicles as locations in which to store controlled substances and/or analogues prior to distribution.

63.    Individuals involved in the manufacture and/or distribution of controlled substances will often use cellular telephones and/or pagers to further their criminal activity and maintain telephone bills which reflect their calls which facilitate the distribution of controlled substances and/or analogues.  By answering telephones and returning pager calls, co-conspirators have been identified and additional controlled substances and/or analogues have been seized.

64.    Individuals who manufacture and/or distribute controlled substances often travel, sometimes great distances, in order to acquire controlled substances and/or analogues or materials and equipment to manufacture controlled substances and/or analogues.

65.    Individuals involved in manufacturing and/or distributing controlled substances will often conceal, store and transport controlled substances or materials used to manufacture controlled substances and/or analogues in vehicles under their control.  Often times, therefore, such individuals will have several vehicles located on their premises.  Some of these vehicles are often in various states of repair, ranging from total abandonment and non-drivable to brand new.  When checking with the Department of Motor Vehicles, agents and law enforcement officers will often find that such vehicles are registered in the name of other individuals.  This is often the result of such individual's attempts to insulate themselves should the vehicles be found containing drugs or other contraband.  Likewise, the individuals identified above appear to work primarily from home and are required to utilize their vehicles in order to travel to the various business locations.

### Gangs

66.    Through my training, experience, and consultation with other law enforcement officers, I have learned that:

67.    Individuals involved in criminal street gangs utilize various means and instruments to recruit perspective members, communicate with established associates, and to promote and further their

1 | criminal activities. These means include those that are considered traditional: graffiti/tagging, hand

2 | signs, open intimidation, etc.; as well as those more modern including, but not limited to, cellular / smart

3 | phones (a platform for voice, text & instant messaging, and internet access), social networking websites

4 | (i.e. Facebook, Twitter, Instagram, YouTube, etc.), and [rap] music, which can be distributed on a much

5 | larger scale on sites such as You Tube and Sound Cloud.

6 | 68. Individuals involved in criminal street gangs often possess photographs or digital images

7 | depicting: 1) themselves and fellow gang members posing and displaying gang hand signs, 2) gang

8 | members or associates posing with weapons, 3) gang members or associates posing beside vehicles, 4)

9 | gang members or associates posing at known gang affiliated locations and hangouts, and 5) gang

10 | members and associates displaying tattoos of gang affiliation. Often these images are displayed on

11 | internet websites and kept for long periods of time on digital media, cell phones, and computers.

12 | 69. Individuals involved in criminal street gangs often maintain or possess knowledge of the

13 | current phone numbers, addresses, electronic mail addresses (email), social network links or

14 | whereabouts of fellow gang members and or associates. Individuals involved with criminal street gangs

15 | often keep lists of the gang rosters and current membership or cliques. These lists often include gang

16 | members' monikers.

17 | 70. Individuals documented as, or associated with, criminal street gang members are

18 | typically engaged in a variety of illegal activity and often possess weapons, including firearms and

19 | ammunition to protect themselves.

20 | **PROBABLE CAUSE**

21 | **Introduction to This Investigation**

22 | 71. In 2013, the Kings County Major Crimes Task Force conducted a six-month wiretap

23 | investigation which led to the apprehension of seventeen Norteno criminal street gang members.

24 | Thirteen firearms, methamphetamine, marijuana and heroin were also seized. The subjects arrested in

25 | the operation were charged with crimes ranging from attempted murder, vehicle theft, arson, and

26 | possession of a controlled substance for sale. After the investigation was complete, Norteno crime

27 | subsided for a short period of time. Since 2014, an increase of violence, possession of guns, and

28 |

1  possession and sale of narcotics has been observed among the Norteno criminal street gang within Kings

2  County.

3        72.    Based on the increase of gang-related crimes coupled with on-going homicide

4  investigations, the California Department of Justice, California Highway Patrol Special Operations Unit,

5  and Kings County Major Crimes Task Force initiated an investigation in October 2017 into Norteno

6  criminal street gang members functioning in Kings County under the authority of the Nuestra Familia

7  criminal prison gang. In March 2019, this investigative team began to collaborate with the Federal

8  Bureau of Investigation and began a state wiretap investigation into the Nuestra Familia prison gang and

9  the Norteno street gang enterprise in Kings County, CA.

10        73.    As the investigation developed, it became clear that the Nortenos and Norteno associates

11  in Kings County reported to **JUAREZ**, a Street Regimental Commander for the Nuestra Familia prison

12  gang. In turn, investigators learned that **JUAREZ** reported to **Raymond LOPEZ**, who in turn reported

13  to **Salvador CASTRO, Jr.** Intercepts of **JUAREZ**'s phone, Raymond **LOPEZ**'s phone, and

14  **CASTRO**'s phone provided insight into the critical workings of the NF, and their conversations also

15  revealed an ongoing drug trafficking conspiracy. Within that ongoing conspiracy, investigating agencies

16  gathered evidence of Title 21, United States Code, Section 841(a)(1), Distribution and Possession with

17  Intent to Distribute Methamphetamine, and Title 21, United States Code, Section 846, Conspiracy to

18  Possess with Intent to Distribute and Distribute Methamphetamine.

19               **Origins of the Nuestra Familia (Spanish for "Our Family")**

20        74.    A brief description of the Hispanic prison gang, the Nuestra Familia (NF), is important

21  for understanding the criminal activities charged in this case. The NF was organized in Folsom State

22  Prison in 1968. Its formation grew out of the abuse and victimization some Hispanic inmates were

23  suffering at the hand of the dominant Hispanic prison gang at the time, the Mexican Mafia. Most of the

24  original members of the NF were from Northern California. As the NF and Mexican Mafia engaged in a

25  bitter prison war, new prisoners from Northern California were recruited into the NF while Southern

26  California inmates joined the Mexican Mafia.

27        75.    By the late 1970's, after numerous prison riots and murders, the official dividing point

28  emerged between the gangs. Those inmates living north of the dividing line were known as Nortenos

1  (Spanish for Northern) and aligned with the NF.  Those inmates living south of the dividing line were

2  known as Surenos (Spanish for Southern) and aligned with the Mexican Mafia.  Upon being committed

3  to prison a Norteno street gang member aligns with the NF, whereas a Sureno street gang member aligns

4  with the Mexican Mafia.  Thus the Nortenos and Surenos are sworn enemies and have been for over 30

5  years.

6  **Nuestra Familia Membership**

7       76.     While the Nuestra Familia is primarily a Chicano gang, membership sometimes extends

8  to other Latinos as well as non-Latinos.  Members of the NF are considered to have taken a "blood oath"

9  to join the gang and are considered lifelong participants.  NF members refer to each other as Carnal

10  (Spanish word for brother).  NF members often use the image of a sombrero with a dagger as their gang

11  symbol.

12  **Leadership**

13       77.     The Nuestra Familia (NF) is extremely well-organized with a formal, centralized

14  leadership structure and operates under a constitution.  Traditionally, the NF leadership resides in

15  Pelican Bay State Prison and consists of three "generals": the General Advocates Office (GAO), the

16  Street Regiment General (SRG) and the General of the Prisons "Pintas" (Spanish for prisons) (GOP).

17  These positions are three separate but equal offices.  Each individual general is responsible for

18  overseeing and directing the affairs of their appointed office in furthering the NF as a criminal

19  organization.  Each general is the ultimate authority within their appointed office.  However, if an

20  individual general's direction within his individual office could conceivably affect the entire NF, the

21  other offices (generals) are consulted.  No independent office is above or beyond the expressed wishes

22  or demands of the "General Council."

23  **Regimental Commander and Street Regimental Commander**

24       78.     All Carnals (NF members), whether in custody or out, fall under the authority of a

25  Regimental Commander (RC).  An RC out of custody is referred to as a Street Regiment Commander

26  (SRC).  The RC or SRC is responsible for a specific prison/unit and/or geographic area (regiment).  The

27  RC or SRC is appointed by their individual general, General of *Pintas* (GOP) or Street Regiment

28  General (SRG).  The RCs and SRCs are given the authority and right to enforce the orders and direction

of either the GOP or SRG in furthering the Nuestra Familia as a criminal organization.  Not all RCs (or SRCs) are NF members.  The SRG can appoint an NF associate[21] to the position.  If an RC or SRC is not an actual member of the NF, he is referred to as a Regimental Authority (RA) or Street Regimental Authority (SRA).

79.    The GOP or the SRG retains the power to replace any RC or SRC at any time.  The RC's or SRC's power and authority specifically pertains to his regiment.  He does not have any authority over other regiments or *Carnals* not within his regiment.  RCs and SRCs have the authority to reprimand and discipline anyone not acting properly or in violation of the NF constitution.  However, if a Carnal feels his RC or SRC has treated him unfairly, misused his power, or failed to represent the Nuestra Familia properly (furthering the Nuestra Familia as a criminal organization), the Carnal has the right to be heard by the General Advocate's Office (GAO).

### Nuestra Raza

80.    The Nuestra Raza (NR) is a branch of the NF and was first formed in the mid 1980's.  As more and more members of the NF were identified and placed within Security Housing Units (SHU) it became exceedingly difficult for the NF to continue to carry out their criminal activities.  The NR was created to assist the NF in effectively carrying out the criminal activities of the NF throughout the California prison system.[22]  The Nuestra Raza members refer to themselves as Norteno Soldado or "N-Sol."  NR is a recruiting pool for the NF.  The prospective member must be educated and evaluated in NR training material.  Once identified as a potential recruit, two NR members must sponsor the recruit for membership.  The recruit's information will be forwarded to an NF member who must approve the membership.  Once approved by the NF member the recruit will be granted membership and will earn the title "N-Sol."  A NF member, or Carnal, can bypass this process and grant NR membership to individuals deemed worthy of the status. However, the NF member must report the membership to fellow NF members.

---

[21] Someone who is associated with the NF, but who is not yet a full-fledged member, such as an N-Sol or a Norteno gang member.

[22] Northern Structure (NS) is a term originated by the California Department of Corrections to describe the Northern Hispanic inmates who identified as Nuestra Raza (NR).

### Northerners/Nortenos (Soldados)

81.     According to the most recent intelligence, the Nuestra Familia has disseminated, through the use of filters, that the three titles are now; NF known as Carnal, Norteno Soldados (N Sol), and Nortenos.  Northern California Hispanic inmates who align themselves with the NF or NS are considered Soldados (soldiers) for the NF.  Soldados carry out the daily criminal activity of the NF and regularly commit acts of violence in furtherance of the NF.  A Norteno Soldado member has more "status" within the NF than a Norteno.  Status within the gang subculture is gained when a gang member's activity benefits the gang.  Gang members are walking ambassadors of their gang and anything they do reflects on the gang, especially if their activity is a result of their gang membership or in association with the gang.  Since Norteno Soldados are known NF associates, everything they do reflects on the NF.  Furthermore, upon release from prison, Norteno Soldado/Norteno gang members are expected to continue to conduct criminal activities in furtherance of the NF and are prepped by NF members on how to conduct business when they are released.

### Hispanic Street Gangs

82.     The Nuestra Familia (NF) maintains control over most of California's Norteno criminal street gangs.  By using their Street Regiment Commanders, NF gang leaders control the criminal activities of thousands of Norteno gang members on the street from within the prison system.  NF leaders manage the systems for teaching recruits and collecting taxes from illicit gang activity and keep an eye on everything from who gets killed to how guns are distributed among street soldiers (Soldados).  As young Hispanics are cycled in and out of juvenile hall, county jail, and prison, they are literally nurtured into a life of commitment to the NF, though it is a commitment that is enforced by a threat of physical violence.  As NF members are released from prison, they often parole to local communities where they continue to conduct criminal activities on behalf of the gang.  These NF members also recruit new younger members and indoctrinate them with the NF way of life, extending NF control over communities.  Thus, many northern California Hispanic street gangs are controlled by the NF.

83.     Only certain members within the various northern Hispanic street gangs have direct contact with NF members.  This limited chain of communication is important because certain criminal

activities carried out by the various northern Hispanic street gangs may only be done when the acts have been condoned and/or authorized by the NF.  Besides receiving orders from the NF, the northern Hispanic street gang members who are in direct contact with NF members are typically also responsible for assuring that the gang collects "taxes" from narcotic transactions and other profitable criminal endeavors.  These members are tasked with forwarding the NF's portions of the "taxes" collected.  They may also request various orders from NF members with respect to fellow street gang members.  For example, they can request "green lights," to have someone "deemed," or to have someone placed on "freeze."  A "green light" means that an NF member has given permission to kill the individual with the green light.  Being "deemed" means a subject is no longer a Norteno and is subject to physical violence at any time.  Being placed on "freeze" puts a Norteno's gang membership in limbo until they can be investigated and cleared of an offense or punished for the offense.

84.     Although there are numerous sub-gangs (subsets or cliques) of the Nortenos throughout California, each of these cliques falls under the greater umbrella of the Norteno gang.  By far the most lucrative criminal activity for the various Norteno gangs and their primary source of income is the retail distribution of illicit narcotics (i.e. methamphetamine, cocaine) although they also engage in a plethora of other criminal endeavors.

**Nortenos**

85.     Norteno street gang members identify with the symbols XIV, X4, 14, and visual depictions of 4 grouped dots.  Fourteen refers to the 14th letter of the alphabet "N" which stands for Norteno.  The gang associates with the color red and the words "Norteno," "Norte," and "Northerner."  Other symbols include a 5-point star, symbolizing the "North" star, and the Huelga bird, the symbol used by the United Farm Workers association.  It is believed that these two symbols (star and bird) and/or the letters "SK" ("Sureno Killer" or "Scrap23 Killer") must be earned through committing an assault or murder on their sworn enemies, the Surenos.

---

[23] The term "scrap" is a derogatory term used by a Norteno to describe a rival Sureno gang member.

**Nortenos in Kings County**

86.    Since the early 1980's, law enforcement in Kings County has been documenting several different types of Norteno gangs in and around the county.  Currently, in Kings County there are approximately 2,500 Norteno Street Gang members/associates, who can range in age from 12 years old to 40 years old.  All Norteno subsects get along and conduct their criminal activities together to enhance the structure of the Norteno Street Gang enterprise as a whole and support the Nuestra Familia cartel.

87.    The approximately 2,500 Nortenos in Kings County all share the same sign (14), symbol (Huelga Bird) and name (Nortenos).  They also have engaged in a similar pattern of criminal activity. Nortenos within Kings County have been convicted of homicide PC 187, attempted homicide 664/187, PC 245 (a) (1) assault with a deadly weapon, PC 245 (a) (4) assault with deadly weapon likely to produce great bodily injury, as well as many other crimes which are part of 186.22 (e) pattern of criminal activity.

88.    Kings County is comprised of four cities: Hanford, Lemoore, Corcoran, and Avenal and four unincorporated communities: Armona, Stratford, Home Gardens and Kettleman.  Each of these cities and communities have a gang issue, however the most dominate gang in the county is the Norteno Street Gang.  The Nortenos within Kings County are broken up into subsects within each city.[24]  These subsects report to a county-wide Norteno regiment,[25] which in turn reports to the Nuestra Familia.[26]

89.    Each city in Kings County has its own subsect(s).  Hanford has two subsects of Nortenos: South Side Locs (SSL) and North Side Gangsters (NSG).[27]  Since the mid-1990s, SSL has had approximately 394 members/associates documented although based on interviews with SSL members,

---

[24] In addition, there are gang members within Kings County who only claim general Norteno membership.  Although many Nortenos do claim membership under a specific subsect, a Norteno gang member may simply claim general membership in the Norteno criminal street gang.  It is also not uncommon to have a Norteno gang member of one subsect leave this group to join a different subsect. Additionally, it is not uncommon for a Norteno gang member of a particular subsect to associate and commit crimes with Norteno gang members of a different subsect as they all show allegiance to the Nuestra Familia.

[25] I.e. **MONTES**

[26] I.e. **JUAREZ**

[27] NSG is still present in the city of Hanford; however, the largest Norteno street gang in Hanford—and within Kings County—is the SSL Norteno Street Gang.

1  the estimated number is much higher.  NSG has approximately 34 documented members/associates.

2  Lemoore and the unincorporated area of Stratford are home to the Brown Pride Norteno (BPN).  Since

3  the mid-1990s BPN has had approximately 359 members/associates documented.  Corcoran has four

4  subsets of Nortenos: Corco Norte (CN), Varrio Perry Heights (VPH), North Side Locos (NSL), and

5  Mental For Life (MFL).  Since the mid-1990s, CN has documented approximately 60

6  members/associates, VPH has had approximately 181 members/associates documented, and NSL has

7  documented approximately 26 members/associates.  MFL has an unknown amount of members.  As for

8  Avenal, the Avenal Varrio Lomas (AVL) originated there and claim it as their territory.  Since the mid

9  1990's, AVL has had approximately 267 members/associates documented.

10       90.     Each unincorporated area of Kings County also has its own NF/Norteno subsect(s):

11  Armona, Home Gardens, and Kettleman City.  Armona is claimed by the Armona Town Nortenos

12  (ATN).  Since the early 2000s, ATN has had approximately 26 members/associates documented.  Home

13  Gardens, which is located south of Hanford, is claimed by the Varrio Home Gardens (VHG).  Since the

14  mid-1990s, approximately 147 Varrio Home Garden members/associates have been documented.[28]  And

15  Kettleman City is claimed by the Kettleman City Nortenos (KCN).  Since the mid-1990s approximately

16  71 Kettleman City Nortenos members/associates have been documented.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28       [28] VHG also has a close alliance with Hanford's SSL subset.

**Conspiracy to Distribute and to  Norteno Street Gang Leadership in Kings County**



91.   In Kings County, the NF maintains a hold on the Norteno street gangs though

communication from NF members incarcerated in Pleasant Valley State Prison ("Pleasant Valley"). **Sal**

**CASTRO** aka "The Old Man" is a high-ranking Nuestra Familia member,[29] and is currently

incarcerated in Pleasant Valley.  Based on the evidence uncovered by the investigation team to-date,

---

[29] This may be inferred from the clearly-delineated power structure that surfaced from the
numerous calls intercepted between **CASTRO** and his associates. *See, e.g.*, footnotes 30 and 42.
Additionally, this is also common knowledge in the law enforcement community based on previous
contacts with **CASTRO**.

1  CASTRO is the highest-ranking Nuestra Familia member directly involved with the day-to-day criminal

2  activities in Kings County and Tulare County.

3      92.    **Raymond LOPEZ** aka "NY" aka "Guilty" is also incarcerated in Pleasant Valley.

4  Raymond **LOPEZ** is also a high-ranking Nuestra Familia member, subordinate to **CASTRO**,[30] and

5  functions as an accountant[31] and higher-level manager[32,33] for the Kings County Norteno subsect of the

6  Nuestra Familia.

7      93.    **Jesse JUAREZ** aka "Mess" aka "Stress" is directly subordinate to Raymond **LOPEZ**.[34]

8  **JUAREZ** is the SRC for the Kings County Norteno regiment,[35] and communicates regularly with

9  Raymond **LOPEZ** regarding the distribution of illicit narcotics,[36] the state of **JUAREZ**'s account or

---

[30] On April 23, 2019, at approximately 20:10 hours, an incoming call was intercepted from (949) 523-1406, a phone used by Raymond **LOPEZ**, to TT#13, a phone used by Jesse **JUAREZ**. Previously, there was confusion about how **CASTRO** wanted to receive taxes from **JUAREZ**. In this call, **LOPEZ** tells **JUAREZ** that **LOPEZ** spoke with **CASTRO** and that **CASTRO** just wants a list of the towns [in Kings County] with how much they are producing in "monthlies" (i.e. revenue). This demonstrates that **CASTRO** ultimately receives the proceeds generated by Kings County, and that **CASTRO** exerted authority over **LOPEZ** in dictating how he wanted the funds to be sent to him.

[31] **LOPEZ** appears to handle the higher-level financial aspects of the Kings County regiment. On May 2, 2019, at approximately 19:36 hours, an outgoing call was intercepted from TT#13, a phone used by **JUAREZ**, to (949) 523-1406, a phone used by Raymond **LOPEZ**. During the call, **LOPEZ** and **JUAREZ** discuss the nature of the taxes and contributions made to the gang, and how **JUAREZ** can explain the situation to some of the less-experienced members. **JUAREZ** states that their situation is akin to that of being in a union and paying union dues. **LOPEZ** states that he keeps track of "every dollar" contributed to the gang every month and that every area has a "quota" due each month which gets "sent up" to the Nuestra Familia. Anything collected above that quota is put into a "bank" and kept for the betterment of the gang. **LOPEZ** then gives the example of buying "straps" (guns) for gang members after their area has had a "bad month."

[32] For example, **JUAREZ** gives **LOPEZ** accounts of where his line officers are stationed. *See* footnote 39 below.

[33] **LOPEZ** will also occasionally push jobs down to **JUAREZ**. For example, during the call intercepted on May 2, 2019, at 19:36 hours, **LOPEZ** tells **JUAREZ** about a woman who recently told **LOPEZ** about a possible robbery that the gang could commit. When he is done recounting the story, **LOPEZ** asks **JUAREZ** if he would like to take the job. When **JUAREZ** assents, **LOPEZ** instructs him to coordinate the job with the woman, and says that he will be putting her in touch with **JUAREZ**.

[34] On April 26, 2019, at approximately 17:09 hours, an incoming call was intercepted from (949) 523-1406, a phone used by Raymond **LOPEZ**, and TT#13, a phone used by **JUAREZ**. **LOPEZ** had called approximately five minutes earlier to ask **JUAREZ** to go somewhere and pick something up. During this call, he asked if **JUAREZ** had left yet. **JUAREZ** said he had not. **LOPEZ** then essentially tells **JUAREZ** to leave "right now," gives him directions to the location, and then tells **JUAREZ** to let **LOPEZ** know when **JUAREZ** arrives. **JUAREZ** agrees. This demonstrates the flow of power between Raymond **LOPEZ** and **JUAREZ**; clearly, **JUAREZ** is the subordinate.

[35] *See, e.g.*, footnotes 31, 39, and 40.

[36] For example, on April 24, 2019, at approximately 12:27 hours, an incoming call was intercepted from (949) 523-1406, a phone used by Raymond **LOPEZ**, and TT#13, a phone used by

"bill" with the Nuestra Familia,[37] and general accounting matters.[38] Additionally, **JUAREZ**

communicates directly with Raymond **LOPEZ** on a regular basis regarding the placement of "line"

officers or "bosses"[39] and regarding general management of the county.[40]

94. **Michael ROCHA** is **JUAREZ**'s peer, and also communicates with and is subordinate to

Raymond **LOPEZ** regarding distribution of drugs and transfer of income from the Nortenos at the street

level to the Nuestra Familia.[41] **ROCHA** appears to function as a vault for the Nuestra Familia and

generally does not command the line officers on a day-to-day basis. Taxes and monetary proceeds

going up the chain regularly pass through **ROCHA**;[42] by the same token, he prepares incoming drugs

for distribution and consumption at his residence, as well.[43] The investigative team has been unable to

---

**JUAREZ**. During the call, **JUAREZ** asked **LOPEZ** if **JUAREZ** could give "a pound" to **GARCIA**. **LOPEZ** blesses the transaction.

[37] Numerous calls were intercepted between **JUAREZ** and Raymond **LOPEZ**'s phones regarding this topic, including calls on April 23, 2019, at approximately 17:19 hours; April 24, 2019, at approximately 12:27 hours and 16:36 hours; April 27, 2019, at approximately 12:35 hours; and April 28, 2019 at approximately 18:25 hours.

[38] For example, see footnote 31 above.

[39] On April 23, 2019, at approximately 20:10 hours, **JUAREZ** told **LOPEZ** that most of his productivity comes from Hanford, that he has three officers in Kettleman City, and that he has three to four officers in Lemoore. On April 24, 2019, at approximately 12:37 hours, **JUAREZ** tells **LOPEZ** that D.S. is assigned to Hanford, that Manuel **BARRERA** is assigned to Kettleman City, that F.Q. is assigned to Hanford, that R.F. is assigned to Hanford, and that Manuel **GARCIA** is assigned to Armona. Additionally, **JUAREZ** tells **LOPEZ** that **MONTES** is in Avenal.

[40] On April 22, 2019, at approximately 12:56 hours, an incoming call was intercepted from (949) 523-1406, a phone used by Raymond **LOPEZ**, and TT#13, a phone used by **JUAREZ**. During the call, **LOPEZ** tells **JUAREZ** that there is not a cap on the number of line officers that can be assigned in a county, and then gives **JUAREZ** a pseudo-tutorial on how to run the line officers beneath him. **LOPEZ** also told **JUAREZ** on April 23, 2019, at approximately 20:10 hours that it is **JUAREZ**'s responsibility to monitor the "productivity" of his line officers.

[41] On April 28, 2019, at approximately 18:25 hours, an incoming call was intercepted between **LOPEZ** and **JUAREZ**. During the call, **LOPEZ** tells **JUAREZ** that **LOPEZ** is going to have Michael **ROCHA** send a "nine-pack" (i.e., nine ounces of an illicit narcotic) to **JUAREZ**. This demonstrates that Raymond **LOPEZ** has the power to order **ROCHA** to open the stash to distribute drugs.

[42] On May 2, 2019, at approximately 11:41 hours, an incoming call was intercepted between TT#13, a phone used by **JUAREZ**, and (707) 300-7958, a phone used by **CASTRO**. During the call, **JUAREZ** tells **CASTRO** that **JUAREZ** has to drop off some *feria* (money) at Whitey's (**ROCHA**'s) from the work (drugs). **CASTRO** then tells **JUAREZ** to find another spot (stash house).

[43] On April 23, 2019, at approximately 17:15 hours, an outgoing call was intercepted from TT#13, a phone used by **JUAREZ**, to TT#22, a phone used by **ROCHA**. During the call, **JUAREZ** tells **ROCHA** that **JUAREZ** wants another "QP" (quarter pound of illicit narcotics) for his "dude out in Corcoran who wants another one." Additionally, on May 7, 2019, at approximately 22:15 hours, an outgoing call was intercepted from TT#22, a phone used by **ROCHA**, and TT#13, a phone used by **JUAREZ**. During the call, **JUAREZ** tells **ROCHA** that "Ben" is going to tell **ROCHA** to give

determine whether **ROCHA** is an NF member, N-Sol, or "just" a Norteno gang member.  At the very

least, he is an NF associate.

     95.    **JUAREZ** has several "buffers"[44] between himself and the line officers[45] that report to

him from their individual areas.  Angel **MONTES** aka "Listo" aka "Jay" is **JUAREZ**'s immediate right-

hand man,[46] and regularly receives orders from **JUAREZ**.[47]  **MONTES** is likely an N-Sol, but may

---

**JUAREZ** a nine-pack (nine ounces of an illicit narcotic).  **ROCHA** then says that he has one ready to go, and **JUAREZ** confirms that **ROCHA** has already prepared it properly for distribution and/or consumption.

[44] On April 19, 2019, at approximately 23:20 hours, a series of text messages was intercepted between TT#13, used by **JUAREZ**, and (559) 836-7360.  The investigative team identified the user of (559) 836-7360 as Rudy Zamora on this occasion.  The body of the text messages read: "Hey roo do me a favor ok.dont say nothing bout me to anyone .they all deal with the homie Jay..osito talks to Jay also..I know u so I'm giving u the free room to get at me personally but no one els."  Zamora responds, "Yes sir."  In this context, "Jay" refers to Angel **MONTES**.  On April 22, 2019, at approximately 22:50 hours, an incoming call was intercepted from (707) 300-7958, a phone used by **CASTRO**, and TT#13, a phone used by **JUAREZ**.  During the call, **JUAREZ** tells **CASTRO** that **JUAREZ** "got with the homie already that I have as a buffer, that's my go-to guy, my second or whatnot. I have him dealing with all the homies that I don't know personally, and I am dealing with the guys I know personally . . . I know they're gonna keep their mouths corked, like they are not going to say nothing."  Additionally, on May 3, 2019, at approximately 12:03 hours, an incoming call was intercepted from (949) 523-1406, a phone used by Raymond **LOPEZ**, and TT#13, a phone used by **JUAREZ**.  During a previous call, **LOPEZ** told **JUAREZ** about a woman who is informing the gang of a robbery it could commit.  In this call, **LOPEZ** is telling **JUAREZ** that **LOPEZ** spoke with the woman again, and is telling **JUAREZ** to coordinate with this woman.  **JUAREZ** tells **LOPEZ** that "I'll probably have my buffer talk to her. Ya know, my second?"  All of these calls demonstrate that **JUAREZ** is using Angel **MONTES** to shield himself from the possible criminal ramifications for his actions.

[45] In a call intercepted on May 24, 2019, at approximately 12:37 hours, **JUAREZ** and **LOPEZ** speak about the quantity of drugs that are circulating in the county.  When referring to the Nortenos who manage each city or area of responsibility (Hanford, Lemoore, etc.), **JUAREZ** refers to them as his "line dudes."

[46] See footnote 44.  Also, on May 2, 2019, at approximately 11:41 hours, an incoming call from (707) 300-7958, a phone used by **CASTRO**, to TT#13, a phone used by **JUAREZ**, was intercepted.  During the call, **JUAREZ** tells **CASTRO** that **JUAREZ** had told **MONTES** that **JUAREZ** was going to leave a decision up to **MONTES**, because **MONTES** was **JUAREZ**'s "guy out there."  **JUAREZ** also told **MONTES** to use his best judgment, that **JUAREZ** trusted **MONTES**, and that **JUAREZ** knew that **MONTES** would make a good decision.  Additionally, on May 13, 2019, at approximately 20:47 hours, an outgoing call was intercepted from TT#13, a phone used by **JUAREZ**, and (949) 523-1406, a phone used by Raymond **LOPEZ**.  During the call, Raymond **LOPEZ** tells **JUAREZ** that Raymond **LOPEZ** and **CASTRO** think that it was best for **JUAREZ** to have Rafael **LOPEZ** as **JUAREZ**'s backup just in case something were to happen to **JUAREZ**.  **JUAREZ** tells Raymond **LOPEZ** that he has decided to have **MONTES** "get things done" because **MONTES** has a good attitude, has an education, and "knows what time it is."  **JUAREZ** then says that he wants **MONTES** to be his backup, but that both **MONTES** and Rafael **LOPEZ** are the backups.

[47] On April 26, 2019, at approximately 19:41 hours, an outgoing call was intercepted between TT#13, a phone used by **JUAREZ**, and (559) 471-8140, a phone used by Angel **MONTES**.  During the call, while talking about **MONTES** visiting Lemoore and about gang taxes, **JUAREZ** tells **MONTES** to tell Osito to come up with "more than 100."  In this context, **JUAREZ** is ordering **MONTES** to order a Norteno line officer, J.B., to pay more than $100 in taxes to the gang that month.  Later on in the call,

1  "just" be a Norteno who is being groomed to become an N-Sol.  Rafael **LOPEZ** aka "Hulk" also acts as

2  a buffer for **JUAREZ**, although it appears that this transpired relatively recently,[48] that he is the second

3  choice,[49] and that he is not being given as many management-related tasks as **JUAREZ** gives

4  **MONTES**.  In this respect, it appears that **MONTES** has more political clout than Rafael **LOPEZ**, and

5  makes it less likely that Rafael **LOPEZ** is an N-Sol.

6        96.      Beneath **MONTES** and Rafael **LOPEZ** are the line officers for individual areas in Kings

7  County.

8  ///

9  ///

10 ///

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21

---

22 **JUAREZ** tells **MONTES** to "get on the guys" from Lemoore and "Kettles."  In this context, "Kettles"
   means "Kettleman City."  Here, **JUAREZ** is again telling **MONTES** to tell the line officers to come up
23 with their taxes, and also demonstrates the authority **MONTES** exerts (as **JUAREZ**'s proxy) over them,
   as well.  See also footnote 51.

24      [48] On April 15, 2019, at approximately 19:39 hours, an incoming call was intercepted from (559)
   816-3625, a phone used by S.L. to TT#6, a phone used by J.B., a Norteno line officer.  During the call,
25 J.B. told **LOPEZ** that "the new person I report to is that fool **MONTES** from Avenal."  Additionally, on
   April 28, 2019, at approximately 17:43 hours, an outgoing call was intercepted from TT#13, a phone
26 used by **JUAREZ**, to (949) 523-1406, a phone used by Raymond **LOPEZ**.  During the call, **JUAREZ**
   tells **LOPEZ** that the current "homie under" **JUAREZ** is "the one that [**JUAREZ**] swapped out with
27 Rojo."

28      [49] See footnote 46.

97.     The current line officers for Hanford are D.S.,[50] R.F.,"[51] and F.Q.[52]  All three take orders directly from **MONTES**,[53] and all three appear to be involved in tax collection and monetary contributions from gang members.[54]

98.     The current line officer for Lemoore is G.M.[55]  **JUAREZ** recently placed G.M. in Lemoore[56] after another line officer in Lemoore, J.B., vouched for him[57] and Raymond **LOPEZ**

---

[50] See footnote 39.

[51] See footnote 39.

[52] See footnote 39.

[53] On April 25, 2019, at approximately 20:57 hours, a series of text messages was intercepted between TT#14, a phone used by **MONTES**, and (559) 362-5076, a phone used by D.S.  The body of the initial text message from **MONTES** read: "I sent that to the boy get at him and let him know what's going on bro."  D.S. then responds: "Ok will do."  This demonstrates that **MONTES** gives orders to D.S., as he is ordering him to "get at" ("contact" in this context) someone, and that D.S. is subordinate to **MONTES**, as he assents to the order.  On April 29, 2019, at approximately 06:15 hours, an outgoing text message was intercepted from TT#14, a phone used by **MONTES**, to (559) 589-4156, a phone used by R.F.  The body of the text read: "Don't forget that i.r 5593625076 and get at chuco and ask about the money. If not get at gordo."  This text message demonstrates that **MONTES** gives orders to R.F., as he's telling him to "get at" ("remind" in this context) other gang members about the money they owe the gang.  On May 2, 2019, at approximately 11:41 hours, an incoming call was intercepted from (707) 300-7958, a phone used by **CASTRO**, to TT#13, a phone used by **JUAREZ**.  During the call, **CASTRO** asks **JUAREZ** how things were in Hanford.  **JUAREZ** responded that he had **MONTES** go "hit up the homie Monster" when **MONTES** went to take drugs to another Norteno.  This demonstrates that F.Q., whose moniker is "Monster," is subordinate to **MONTES**, and that **MONTES** is used by **JUAREZ** to exert **JUAREZ**'s authority in the county.

[54] On April 24, 2019, at approximately 19:08 hours, an incoming call was intercepted from (559) 362-5076, a phone used by D.S., to TT#13, a phone used by **JUAREZ**.  During the call, **JUAREZ** tells D.S. that D.S. has "three days to gather everyone's contributions out there."  D.S then says he understands and begins listing the names of gang members who owe the gang money.  Here, "contributions" means "taxes."  With respect to R.F., See footnote 53.  On April 29, 2018, at approximately 21:25 hours, an incoming call was intercepted from (949) 523-1406, a phone used by Raymond **LOPEZ**.  During the call, **JUAREZ** told **LOPEZ** that **JUAREZ** had told F.Q. "to go around and pick up [taxes] from everyone [F.Q.] knows" in Hanford.

[55] On April 22, 2019, at approximately 22:50 hours, an incoming call was intercepted from (707) 300-7958, a phone used by **CASTRO**, to TT#13, a phone used by **JUAREZ**.  During the call, **JUAREZ** tells **CASTRO** that "the homie Rocky, from Lemoore," (Rocky is G.M.'s moniker) is "on board" and that **JUAREZ** sent G.M.'s name to Raymond **LOPEZ** "Just to see if anybody knows him 'cause I really didn't' know him."

[56] On May 24, 2019, at approximately 19:38 hours, an incoming call was intercepted from (559) 904-5675 to TT#14, used by **MONTES**. The investigative team identified the user of (559) 904-5675 as G.M., as he identified himself during calls with other target telephones and is also the listed subscriber by his cellular phone service provider. During the call, **MONTES** told G.M. that G.M. was the line officer for Lemoore, that J.B. would now report to G.M., and essentially that G.M. was now responsible for all of the duties associated with being a line officer, including collecting taxes.

[57] On April 20, 2019, at approximately 13:08 hours, an outgoing call was intercepted from TT#6, a phone used by J.B., to TT#14, a phone used by **MONTES**.  During the call, the parties discuss how certain taxes will be collected.  J.B. tells **MONTES** that his "primo, Rocky" was the one J.B. was telling

1  conducted a background investigation on him in the prison system.[58]   It appears that J.B. still maintains a

2  relationship with G.M., however, and may still act as a mentor of sorts.[59]   There are at least two other

3  officers assigned to the Lemoore area,[60] however at this time the investigative team has been unable to

4  determine their identities.

5       99.    The current ranking line officer assigned to Corcoran is Ramon **AMADOR**, aka "Twist"

6  aka "Twisted."[61]   **AMADOR** is in direct communication with **MONTES**[62] and also directly

7  communicates with **JUAREZ**.[63]

8  ///

9  ///

10  ///

11

---

12  **MONTES** about, and that they are both in Hanford.

13  [58] On April 22, 2019, at approximately 12:56 hours, an incoming call was intercepted from (949) 523-1406, a phone used by Raymond **LOPEZ**, to TT#13, a phone used by **JUAREZ**. During the call, **LOPEZ** tells **JUAREZ** that **LOPEZ** asked several people in the yard about "him," and that those people said "he" was a "good homie" and would do anything that the gang needs him to do. It is clear they are talking about G.M., as **LOPEZ** then says "Yeah, that dude Rocky."

15  [59] On April 27, 2019, at approximately 11:01 hours, a series of text messages was intercepted between TT#14, a phone used by **MONTES**, and TT#6, a phone used by J.B. During the conversation, **MONTES** asks if Rocky got his share of the taxes in. J.B. responds that he received half of G.M.'s share, and that G.M. is going to come drop off the other half. This reinforces the idea that G.M. is a line officer, in that he is now responsible for a share of taxes. However, he is giving those taxes to J.B., which indicates that J.B. may play a mentorship-type role in G.M.'s current position.

19  [60] See footnote 39.

    [61] On May 5, 2019, at approximately 17:15 hours, an incoming call was intercepted from (707) 300-7958, a phone used by **CASTRO**, to TT#13, a phone used by **JUAREZ**. **CASTRO** asks **JUAREZ** how "Twist" and Corcoran were doing. **JUAREZ** responds that "Twist" was doing really well and was not giving **JUAREZ** any problems and that – for that reason – **JUAREZ** lets **AMADOR** "do his thing." **JUAREZ** also told **CASTRO** that **AMADOR** has "three guys out there helping out." This demonstrates that **AMADOR** is the line officer for Corcoran, and that he has other Norteno gang members helping him.

23  [62] On May 9, 2019, at approximately 19:05 hours, an outgoing call was intercepted from TT#14, a phone used by **MONTES**, to (559) 396-9785, a phone used by **AMADOR**. During the call, **AMADOR** tells **MONTES** that there is a Norteno in Hanford who wants to turn in taxes, and then asks **MONTES** to whom this other Norteno should turn in his money. **MONTES** tells **AMADOR** to give **MONTES** the other Norteno's number, and **MONTES** will have someone get ahold of him.

26  [63] On April 23, 2019, at approximately 20:10 hours, an incoming call was intercepted from (949) 523-1406, a phone used by Raymond **LOPEZ**, to TT#13, a phone used by **JUAREZ**. During the call, the parties speak about different resources that could be used for the betterment of the gang. **JUAREZ** tells **LOPEZ** that he had just spoken with **AMADOR** regarding two "pads" (i.e. residences) that the gang could use.

100.    Initially, the line officer role in Avenal was filled primarily by H.G.[64] and secondarily by J.V.[65] H.G. communicated directly with **MONTES** regarding distribution of drugs,[66] collection of taxes,[67] and recruitment.[68] J.V. was relatively new to the regiment, and reported to H.G.[69] However, due to a recent change, J.V. was promoted to line officer of Avenal and H.G. was demoted to being his second-in-command.[70]

101.    The line officer in Kettleman City is Manuel **BARRERA** aka "Chacho."[71]  **BARRERA** communicates directly with **MONTES** regarding the distribution of illicit narcotics,[72] but also

---

[64] On May 5, 2019, at approximately 14:29 hours, an incoming call was intercepted from TT#19, a phone used by H.G., to TT#14, a phone used by **MONTES**. During the call, H.G. tells **MONTES** that H.G. is "trying to get everything situated in Avenal," but also that nobody is willing to "help out" in Avenal. H.G. then states that if H.G. could just get his hands on drugs he would sell them himself.

[65] On May 2, 2019, at approximately 14:15 hours, an outgoing call was intercepted from TT#14, a phone used by **MONTES**, to TT#19, a phone used by H.G. During the call, **MONTES** tells H.G. that "Little D [is] on, alright? He's on. He reports to you, fool. And, um, if you don't already have his number, I got his number." Little D. is J.V.'s moniker. **MONTES** then tells H.G. to go over the "policies" with J.V. that **MONTES** had previously given H.G.

[66] During the call mentioned in footnote 65, **MONTES** also tells H.G. that if H.G. and J.V. need "work (i.e. drugs), they should contact **MONTES** and **MONTES** will figure out a way to get it to them.

[67] On April 20, 2019, at approximately 22:24 hours, a series of text messages was intercepted between TT#14, a phone used by **MONTES**, and (559) 572-9337, a phone used by H.G. The body of the initial text sent by **MONTES** read: "Be sure all dues and contribution are ready for pick up tomorrow my boy." H.G. responded the following morning at approximately 08:43 hours by texting: "Yes sir.. I got everything just waiting on a feed back from the homie.." Here, "dues and contribution[s]" means "taxes." **MONTES** is telling H.G. to have the taxes ready to transfer to whomever is picking them up for the Nuestra Familia.

[68] During the call mentioned in footnote 39, **MONTES** also tells H.G. that "all the little homies" look up to H.G. and J.V. because of "who they are" and because of "what they've done," and that they should use this to "bring people in." **MONTES** is telling H.G. that H.G and J.V. should use their standing with the Norteno street gang to recruit new gang members.

[69] See footnote 65.

[70] On May 26, 2019, at approximately 20:00 hours, an outgoing call was intercepted from TT#14, used by **MONTES**, to TT#33, used by J.V. During the call, **MONTES** tells J.V. that he and H.G. are going to switch positions, that H.G. will now report to J.V., and that **MONTES** is going to only communicate with J.V. from this point forward and not with H.G.

[71] See footnote 39. Also, on April 22, 2018, at approximately 22:50 hours, an incoming call was intercepted from (707) 300-7958, a phone used by **CASTRO**, to TT#13, a phone used by **JUAREZ**. During the call, **JUAREZ** tells **CASTRO** that he "put on Chacho out there in Kettleman." Additionally, on April 23, 2019, at approximately 16:53 hours, an incoming call was intercepted from (707) 300-7958, a phone used by **CASTRO**, and TT#13, a phone used by **JUAREZ**. During that call **JUAREZ** tells **CASTRO** that "Gato" took narcotics to "Chacho" in Kettleman.

[72] On April 23, 2019, at approximately 19:55 hours, a series of text messages was intercepted between TT#14, a phone used by **MONTES**, and (559) 572-5840, a phone used by **BARRERA**. The initial text by **BARRERA** read: "Ay bro it's me I got those 2 bottles of clear you asked for. Holla at me let me know when you can get them." **MONTES** responds approximately 20 minutes later by texting

occasionally communicates with other high-ranking Nuestra Familia members when organizing a drug transaction.[73] There are three people assigned to the Kettleman City regiment,[74] however, the investigative team has not yet been able to determine identities of the other two individuals.

102.    The line officers assigned to Armona are Manuel **GARCIA** aka "Mugzy"[75] and E.R.[76] They both appear to be relatively new to the position.[77] Both **GARCIA**[78] and E.R.[79] communicate directly with **MONTES**; however, E.R.'s direct superior is **GARCIA**.[80]

103.    It does not appear that Nuestra Familia has assigned a dedicated line officer to the Home Gardens area.

///

///

---

"Where can I pick them up." A minute later, **BARRERA** replies by texting: "I'm in visa right now bro idk if you want to come all the way out here if not ask osito to come tomorrow." "Clear" is slang for methamphetamine. "Holla at me" means "contact me." "Visa" means "Visalia." "Idk" is slang commonly used for the phrase "I don't know." Here, **BARRERA** is telling **MONTES** that **BARRERA** has some methamphetamine to transfer to **MONTES**. **MONTES** and **BARRERA** then begin to arrange how **BARRERA** is going to get it to **MONTES**.

[73] On April 28, 2019, at approximately 15:42 hours, an outgoing call was intercepted from TT#14, a phone used by **MONTES**, and (559) 572-5840, a phone used by **BARRERA**. During the call, **BARRERA** tells **MONTES** that someone named "Cuete" had ordered **BARRERA** to transfer some money to F.Q. **MONTES** said that this arrangement was fine as long as it was Cuete and not F.Q. who was telling **BARRERA** to do this. The investigative team has not yet been able to identify "Cuete."

[74] See footnote 39.

[75] See footnote 39.

[76] On April 23, 2019, at approximately 20:03 hours, an outgoing call was intercepted from TT#14, a phone used by **MONTES**, to (559) 362-6328, a phone used by E.R. During the call, **MONTES** tells E.R. that **GARCIA** "is going to be working hand-in-hand with him" on that project. **MONTES** also tells E.R. that "whatever [**GARCIA**] asks, man, just be on it because [**GARCIA** is] a real sharp dude."

[77] On May 12, 2019, at approximately 14:12 hours, an outgoing call was intercepted from TT#14, a phone used by **MONTES**, to TT#16, a phone used by **GARCIA**. During the call, **GARCIA** answers the phone by saying "Who this?" **MONTES** then identifies himself as "Angel," says he is from "Visa" (i.e. Visalia), and then tells **GARCIA** that "they" said that **GARCIA** should be expecting **MONTES**' call. This indicates that this is the first time that **MONTES** and **GARCIA** have spoken, at least over the phone. Additionally, in the call referenced in footnote 76, it is clear that E.R. is being put into a new position as well.

[78] See footnote 77.

[79] See footnote 76.

[80] This is clear from the context of footnote 76. When **MONTES** also tells E.R. "whatever [**GARCIA**] asks, man, just be on it," he is telling E.R. to follow **GARCIA**'s orders.

### Criminal Activities of the Defendants

Counts 1 and 2:  Between May 5, 2019, and May 15, 2019, Salvador **CASTRO**, Jr., Raymond **LOPEZ**, Jesse **JUAREZ**, and Michael **ROCHA** possessed with intent to distribute ten pounds of methamphetamine.

104.    On May 5, 2019, at approximately 17:15, an incoming call was intercepted from (707) 300-7958, used by **CASTRO**, to TT#13, used by **JUAREZ**. During the call, **JUAREZ** reports to **CASTRO** that "everybody is asking for water" and that "nobody's got that." **CASTRO** responds that they should be getting some shortly, and confirms this with **JUAREZ**. **CASTRO** then says that **CASTRO** will speak with "NY" about it to see "what's going on."

105.    Based on my training and experience, I know that "water" is a term used by drug dealers and drug traffickers to refer to methamphetamine. In this call, **JUAREZ** is telling **CASTRO** that methamphetamine is in high demand, but that the gang does not currently have any of it to sell. **CASTRO** then says that he will speak with Raymond **LOPEZ** about it, implying that Raymond **LOPEZ** is in contact with the drug source.

106.    Later on that day, an incoming call was intercepted from (559) 280-5365, used by Daniel **JUAREZ**, to TT#22, used by **ROCHA**. The following is a transcription of the pertinent portions of the call:

> **D. JUAREZ**: Nothing yet?
>
> **ROCHA**: Nope.
>
> **D. JUAREZ**: No?
>
> **ROCHA**: Nothin'.
>
> **D. JUAREZ**: Ok-
>
> **ROCHA**: I haven't heard nothin'.
>
> **D. JUAREZ**: Aight-
>
> **ROCHA**: I don't know tonight or tomorrow – I'm not sure, whenever they call me.
>
> **D. JUAREZ**: Ok man.

107.   Based on my training and experience, and my knowledge of the investigation, I believe D. **JUAREZ** is asking **ROCHA** if **ROCHA** has heard anything from the drug source. **ROCHA** says that he has not heard anything, and that he will not know until they call him.

108.   The next day, on May 6, 2019, at approximately 22:48 hours, an outgoing call was intercepted from TT#22, used by **ROCHA**, to TT#13, used by **JUAREZ**. During the call, **ROCHA** says that he spoke with another uncharged co-conspirator, who informed him that "it should be tomorrow." The parties then speak about how that means that it might come the next day, and **JUAREZ** says this is because "they have to let it sit, too." The parties then talk about how "it's been slow" and **JUAREZ** says that "the homies gotta wait." **JUAREZ** then says, "Well, I mean 'go without,' you know? Like finances." **ROCHA** responds, "Yeah, yeah, I know."

109.   Based on my training and experience, I know that methamphetamine is originally a powder that is mixed with a solvent such as acetone. When the mixture is allowed to sit and the solvent evaporates, the methamphetamine left forms into crystals (hence the name "crystal meth"), which is the preferred method of consumption for many users of this illicit narcotic. In this call, the parties are talking about how the methamphetamine may come the next day, but it may also take longer depending on how long it takes the drug source to prepare the crystal methamphetamine shards by letting the mixture sit so the solvent can evaporate. They then talk about how their gang members have lacked methamphetamine to sell and therefore have been unable to make money (i.e. "it's slow").

110.   On May 8, 2019, at approximately 19:04 hours, an incoming call was intercepted from (949) 523-1406, used by Raymond **LOPEZ**, to TT#13, used by **JUAREZ**. During the call, Raymond **LOPEZ** says that he has been "working on getting the work again, but there was a delay coming over here. But it should be [inaudible]." **JUAREZ** responds that everyone has been asking about it, "like every day." Raymond **LOPEZ** states that he is "on it," that he's "gonna see the homie in the morning," and that "hopefully [they'll] get it done tomorrow or the next day."

111.   Based on my training and experience, I know that "work" is a term commonly used by drug dealers and drug traffickers to refer to illicit narcotics. Based on my knowledge of this investigation, I believe that Raymond **LOPEZ** is telling **JUAREZ** that there was a delay on the drug source's end in getting the methamphetamine to Kings County. Raymond **LOPEZ** also tells **JUAREZ**

1   that he is going to talk to his drug source connection the following morning, and will hopefully arrange

2   to get the methamphetamine to Kings County by that day or the day after.

3         112.   On the following day, May 9, 2019, at approximately 14:01 hours, an incoming call was

4   intercepted from TT#13, used by **JUAREZ**, to TT#22, used by **ROCHA**. During the call, **ROCHA** tells

5   **JUAREZ** that **ROCHA** just spoke with an uncharged co-conspirator, who informed **ROCHA** that "it

6   just touched down with them," and that now "they are looking for someone to drive." **ROCHA** then

7   says that he will know more later on that night.

8         113.   Based on my training and experience, I know that drug traffickers typically have

9   established routes and access points into an area of distribution, such as a state. I also know that in order

10   to fully distribute the delivered narcotics, gangs will sometimes have to supply a carrier who will

11   transport the illicit narcotic to its final destination. Based on my knowledge of this investigation and

12   subsequent events, I believe that in this call **ROCHA** is telling **JUAREZ** that the methamphetamine has

13   arrived in California, and that the Nuestra Familia is looking for a driver who can deliver the

14   methamphetamine to Kings County.

15         114.   The following day, on May 10, 2019, at approximately 15:02 hours, an incoming call was

16   intercepted from (707) 300-7958, used by **CASTRO**, to TT#13, used by **JUAREZ**. Here is a

17   transcription of the pertinent portions of that call:

18         **CASTRO**: Supposedly… they're supposed to be getting the stuff here in a minute, but I'm tryin'

19         to get it to where we can, uh, get a better, uh, relationship with these guys. 'Cause they asked-

20         NY's probably [inaudible] 'cause I told him, uh, we might have to get a car with some homies to

21         help protect the shipment. Like just go follow 'em behind, make sure nobody fucks with 'em.

22         From Sacramento down over here.

23         **JUAREZ**: Ok.

24         **CASTRO**: So we might have to do that. Get a little squad ready, you know?

25         **JUAREZ**: Yeah yeah yeah. I got it.

26         **CASTRO**: I'm gonna get a phone number and you're gonna call them. And I'm gonna let NY

27         handle all that. This way-

28         **JUAREZ**: Yeah yeah yeah.

**CASTRO**: -nobody gets confused.

. . .

**CASTRO**: No, it doesn't have to be you, but Ima tell you right there that I'm holding you responsible, whoever the fuck you put.

**JUAREZ**: I got you. I know. Man, come on, man.

**CASTRO**: I'm just sayin', bro.

**JUAREZ**: You know I got it.

115.    Based on my training and experience, I know that gangs will typically protect high-value shipments of illicit narcotics in order to prevent it from being stolen by rival gangs or accosted by law enforcement. Here, **CASTRO** is telling **JUAREZ** that the shipment is **JUAREZ**'s responsibility and that **JUAREZ** will have to protect the shipment from Sacramento to Kings County. **CASTRO** also says that Raymond **LOPEZ** will handle the logistics of the operation.

116.    The following afternoon, Raymond **LOPEZ**, using (949) 523-1406, called **JUAREZ**, using TT#13 at approximately 12:47 hours. During the conversation, **JUAREZ** tells Raymond **LOPEZ** that **JUAREZ** had spoken with **CASTRO** about following the shipment. Raymond **LOPEZ** indicates that they wanted someone to follow the shipment because the drug source had provided new runners, and that the new runners would like the escort to follow them from Sacramento "back home" in order to "run interference." Raymond **LOPEZ** also said that all he knew was that "they said when they were ready, they want to know if they can have a driver and would give us a heads up in advance." **JUAREZ** then said that he had a license, and his second[81] and Hulk also had licenses.

117.    Approximately two hours later, **CASTRO**, using (707) 300-7958, also called **JUAREZ**, using TT#13. During the call, **CASTRO** told **JUAREZ**, "We should be getting that work in a minute, so be ready." **JUAREZ** tells **CASTRO** that he is waiting for "somebody to say something." **CASTRO** then tells **JUAREZ** that it will either be "today or tomorrow" and again tells **JUAREZ** to be ready.

---

[81] **JUAREZ** is referring to Angel **MONTES**. See above in the section titled "Norteno Street Gang Enterprise in Kings County."

JUAREZ responds that he will be around, and that he will be "waiting on a call or for somebody to get [him] a number."

118.    As mentioned above, based on my training and experience, I believe "work" is a term used to refer to illicit narcotics. Here, **CASTRO** is telling **JUAREZ** that the runners in Sacramento will be calling shortly to request an escort down to Kings County. **JUAREZ** indicates that he will be ready for the call.

119.    On May 12, 2019, at approximately 10:33 hours, an incoming call was intercepted from (707) 300-7958, used by **CASTRO**, to TT#13, used by **JUAREZ**. During the call, **JUAREZ** tells **CASTRO**, "No word yet, because the homie hasn't called." **CASTRO** then tells **JUAREZ** "it's supposed to be Monday [the next day]," and that they will "deal with that shit later."

120.    On Monday, May 13, 2019, at approximately 08:57 hours, an incoming text message was intercepted from (707) 300-7958, used by **CASTRO**, to TT#13, used by **JUAREZ**. The body of the text message read: "They should be calling u so be on standby." Approximately two hours later, at 10:48 hours, an outgoing call was intercepted from TT#22, used by **ROCHA**, to TT#13, used by **JUAREZ**. During the call, **JUAREZ** told **ROCHA** that "the Old Man" had texted **JUAREZ** and had told **JUAREZ** to be expecting "the call" as soon as today. **ROCHA** then says that "they" don't have **ROCHA**'s number yet because **ROCHA** just got it. **JUAREZ** then tells **ROCHA** that "they" were going to call **JUAREZ**, not **ROCHA**. Less than two hours later, at approximately 12:07 hours, an incoming call was intercepted from (707) 300-7958, used by **CASTRO**, to TT#13, used by **JUAREZ**. During the call, **CASTRO** asked **JUAREZ** if they had called yet, and **JUAREZ** indicated that they had not. **CASTRO** then tells **JUAREZ** to be "on standby today." **JUAREZ** then asked about the length of the drive, and **CASTRO** indicated that the drive would begin near Sacramento. **JUAREZ** indicates that he had not talked to any of his "dudes" except "Jay."[82] Several hours later, at approximately 20:47 hours, **JUAREZ**, using TT#13, called Raymond **LOPEZ**, using (949) 523-1406. During the call, Raymond **LOPEZ** said that the "other guys" had said that they would bring more "today," but that in

---

[82] **JUAREZ** is again referring to Angel **MONTES**. See above in the section titled "Norteno Street Gang Enterprise in Kings County."

fact it would be a "couple more days." **JUAREZ** said that he had been waiting all day, because "the Old Man" had told him to be ready.

121.    Two days later, on May 15, 2019, at approximately 11:03 hours, an outgoing call was intercepted from TT#22, used by **ROCHA**, to TT#13, used by **JUAREZ**. The following is a transcription of the pertinent portions of this conversation:

> **ROCHA**: Very, very small this time.
>
> **JUAREZ**: What?
>
> **ROCHA**: Ten.
>
> **JUAREZ**: What's that?
>
> **ROCHA**: Ten.
>
> **JUAREZ**: That's it?
>
> **ROCHA**: Yeah.
>
> **JUAREZ**: Nah.
>
> **ROCHA**: Yes.
>
> **JUAREZ**: The hell?
>
> **ROCHA**: Yeah.
>
> **JUAREZ**: What the- are you serious?
>
> **ROCHA**: Oh, I'm 100 percent serious.
>
> **JUAREZ**: What the fuck?
>
> **ROCHA**: Yeah.
>
> **JUAREZ**: I'm gonna ask my boy.
>
> **ROCHA**: I'm gonna call him right now. I've gotta touch base with him.

122.    Based on my training and experience, and my knowledge of this investigation, I believe **ROCHA** told **JUAREZ** that the shipment of methamphetamine arrived, and that only ten pounds of it had been shipped to Kings County. I believe at the end that they were both stating that they were going to contact Raymond **LOPEZ** to find out why they did not receive more methamphetamine.

123.    Approximately 50 minutes later, at approximately 11:51 hours, **ROCHA**, using TT#22, called **JUAREZ**, using TT#13. The following is a transcription of the pertinent portions of that call:

**ROCHA**: Q and one is ready.

**JUAREZ**: Huh?

**ROCHA**: Your Q and one is ready.

**JUAREZ**: "Q"…

**ROCHA**: And one.

**JUAREZ**: Oh, yeah. Alright [inaudible]

**ROCHA**: Yeah.

**JUAREZ**: You're gonna separate 'em?

**ROCHA**: Yep. Everything's done. And put away.

**JUAREZ**: It's fuckin' crazy. Why only that? Why only ten?

**ROCHA**: I don't know. I'm still waiting on a call back from Ol Boy,[83] and at the same time bro, you know, it's dry. You know what I mean?

**JUAREZ**: What do you mean?

**ROCHA**: It's dry. It's not all-

**JUAREZ**: All wet?

**ROCHA**: Yeah.

**JUAREZ**: Oh, shit looks alright?

**ROCHA**: Yeah, but it's a bunch of small shit. I mean, it looks good.

**JUAREZ**: You get the bigger ones for us?

**ROCHA**: The nicer ones, yes. But, uh, the big ones were straight flat; looked like a pan. You know, if they're round and have a certain shape to them? That's what I did.

**JUAREZ**: Yep. Ok.

**ROCHA**: Not all of 'em are super huge. But there are some smaller ones that look real nice, that looks like they're straight. You know what I mean?

---

[83] Based on my knowledge of the investigation, I know that Norteno gang members sometimes use the moniker "ol' boy" to refer to other Norteno gang members, but frequently use the term to refer to Nuestra Familia members, and **CASTRO** in particular. In this case, I believe **ROCHA** is referring to either Raymond **LOPEZ** or **CASTRO**.

**JUAREZ**: Yeah.

**ROCHA**: So I went through everything and got all nice. Nothing but nice for us.

. . .

**JUAREZ**: Unless they're willing to- Nah, ain't nobody gonna do that, six now. Ain't nobody gonna pay for no six now. I don't know. Fuck, it's kinda dry right now.

124.    Based on my training and experience, I know that the solvent may evaporate from the mixture with the methamphetamine at differing speeds. Generally speaking, the quicker the solvent evaporates, the smaller the crystals of methamphetamine will turn out to be. In the drug community, the look of the crystal methamphetamine is very important; drug dealers will have an easier time selling shards that are bigger and rounder, as opposed to smaller and flatter. I also know that being "dry" is synonymous with not having any amount of a certain narcotic left. Here, **ROCHA** is telling **JUAREZ** that the shipment they received has small shards, and that the bigger shards look flat. Also, **ROCHA** says that he pulled the "higher quality" shards out for himself and **JUAREZ** to sell. At the end of the conversation, **JUAREZ** says that his customers will likely be willing to pay higher amounts for methamphetamine because they have not recently had any for distribution.

Counts 1, 3, 4:  On May 15, 2019, Jesse **JUAREZ**, Daniel **JUAREZ**, Michael **ROCHA**, and Raymond **LOPEZ** distributed one and a quarter pounds of methamphetamine.  Manuel **GARCIA** and Joann **BERNAL** possessed with intent to distribute one and a quarter pounds of methamphetamine.

125.    On April 28, 2019, at approximately 15:13 hours, an outgoing call was intercepted from TT#13, a phone used by **JUAREZ**, to TT#16, a phone used by **GARCIA**. The following is a transcription of the pertinent parts of the conversation:

**JUAREZ**: You got a QP?

**GARCIA**: I might.

**JUAREZ**: What do you [inadudible] for?

**GARCIA**: Whoever wants it.

**JUAREZ**: One of the homies over here, but ah… I think we're almost out until- for a couple days, until [inaudible] somethin' like that.

**GARCIA**: Oh, yeah. So, what you wanna do?

**JUAREZ**: Well, it's up to you, if you want to get rid of something.

**GARCIA**: Yeah, well, I mean, I'm lettin' 'em go for $150 apiece, so like six for a QP, I guess.

**JUAREZ**: Yeah, nah, that's not gonna work.

**GARCIA**: Or your guy could just shoot it to me, I could just give it back.

**JUAREZ**: Yeah, that might work. [inaudible]

**GARCIA**: Yeah, and then whenever¬ you know what I mean? Just reimburse it back to me.

**JUAREZ**: Yeah, that might work.

**GARCIA**: You want to do it that way?

**JUAREZ**: Yeah. Probably. 'Cause I'm tryin' to get this dude on the team, ya know? This other [inaudible] One of the homies.

**GARCIA**: Oh yeah? Where he at? Where you at?

**JUAREZ**: Yeah.

126.    Based on my training and experience, I know that "homie" is a word Nortenos use to describe each other. I know that a "QP" means a "quarter pound" of illicit narcotics. I also know that "putting someone on the team" is a phrase used to describe the act of setting up a gang member as the gang's line officer in a certain area of responsibility. I know that "fronting" something means that a gang member will give illicit narcotics without payment on the promise that the other party will pay for the drugs in the future. Based on my knowledge of this investigation, I believe **JUAREZ** had an associate in Visalia who was in the early stages of establishing a drug dealing area of responsibility for the Nortenos. Because this associate did not have enough illicit narcotics to start out, **JUAREZ** asked **GARCIA** to give back a quarter pound of methamphetamine[84] that **GARCIA** had recently received so that **JUAREZ**

---

[84] The fact that this is methamphetamine is clear based on subsequent events. **JUAREZ** later tells **ROCHA** that **JUAREZ** needs an additional quarter-pound of methamphetamine for the one that "got put back," referring to **GARCIA** previously giving back his quarter-pound so **JUAREZ** could give it to his associate in Visalia. Additionally, **JUAREZ** later sends a text message to **GARCIA** which reads: "I got u too on the one I borrowed" as the parties are discussing how **JUAREZ** is going to give **GARCIA** a pound of methamphetamine. See below.

1  could give that quarter pound to his associate. **GARCIA** agreed, stating essentially that he expected that

2  he would be given another quarter pound of methamphetamine in the future.

3       127.    On May 1, 2019, at approximately 16:32 hours, an outgoing call was intercepted from

4  TT#13, used by **JUAREZ** to TT#16, used by **GARCIA**. During the call, **GARCIA** asks **JUAREZ**,

5  "But you don't have any more yet?" **JUAREZ** responds, "If not today, it will probably be tomorrow.

6  We are waiting on a call from the *paisa*."

7       128.    Based on my training and experience, I know that "*paisa*" is a Spanish word used to

8  indicate a Mexican national, commonly one who does fieldwork for a living. In this context, **JUAREZ**

9  is telling **GARCIA** that he is waiting to hear from the gang's Mexican drug source before they will have

10  more methamphetamine in stock and **GARCIA** can be reimbursed.

11       129.    On May 3, 2019, at approximately 16:37 hours, an incoming call was intercepted from

12  TT#16, used by **GARCIA**, to TT#13, used by **JUAREZ**. During the call, **JUAREZ** tells **GARCIA** that

13  he wishes he could tell **GARCIA** something good, and that "they came through" but they only took "the

14  green stuff" or "the paper." He then says that usually after they do that, "the next day or the day after"

15  "they'll bring [inaudible]." **GARCIA** then responds, "Damn, well I hope it fuckin' comes through

16  because, boy, I put my name out there and they're already hitting me up. And nothin'." **JUAREZ**

17  replies, "No, it'll come through, it'll come through. It's just a matter of when they're ready, ya know?"

18  **GARCIA** then asks if it's going to be "the same thing" and **JUAREZ** confirms that it will be and that

19  he will let **GARCIA** know.

20       130.    A few hours later, at approximately 20:26 hours, **GARCIA** called **JUAREZ** again.

21  During the call, **GARCIA** again says that "people have been blowing [him] up." **JUAREZ** asks, "Hey,

22  they don't want no soda?" **GARCIA** responds, "Nah. Not yet. But when they do, I'll let you know."

23       131.    Based on my training and experience, I know that "green stuff" and "paper" are

24  commonly used to refer to currency by drug dealers and drug traffickers. I also know that "soda" is a

25  phrase commonly used by drug dealers and drug traffickers to refer to cocaine base. Based on my

26  knowledge of the investigation, I believe that **JUAREZ** is telling **GARCIA** that the drug source(s) came

27  and got the payment for the methamphetamine. **JUAREZ** then further explains that usually the gang

28  will get the shipment of illicit narcotics a day or two after they have paid for it, but that it all depends on

when the drug source is ready to send the money. **GARCIA** responds by saying that he hopes the methamphetamine comes soon because he has a lot of people asking him for it. He does not have any, however, because he gave up his quarter pound in order to "front" **JUAREZ**'s associate. Therefore, **GARCIA**'s reputation in the drug community would be in jeopardy as he previously told his associates that he would have methamphetamine for sale. On the later call, **GARCIA** reiterates that he has a lot of people calling him for the purpose of buying methamphetamine from him. **JUAREZ** then asks if they want cocaine, and **GARCIA** says that they do not. Based on my training and experience, I believe this call indicates that there is cocaine available for sale, and that the parties are speaking about the sale and distribution of methamphetamine.

132. On May 15, 2019, at approximately 15:14 hours, **GARCIA**, using TT#16, sent a text message to **JUAREZ**, using TT#13. The body of the text message read: "What's go[o]d." A couple minutes later, at 15:23 hours, **GARCIA** called **JUAREZ**. When **GARCIA** asked what was going on, **JUAREZ** stated that they were "back on." **GARCIA** stated, "I need that like ASAP, my boy." The parties discuss **GARCIA**'s plans for management of his area of responsibility. **JUAREZ** then asks if **GARCIA** wants **JUAREZ** to take "this" to **GARCIA**. **GARCIA** says, "Yeah, I just have to piss test right now." **JUAREZ** then says that he is on his way.

133. Based on my knowledge of this investigation, I believe **JUAREZ** told **GARCIA** that the shipment of methamphetamine had arrived. **GARCIA** told **JUAREZ** that he wanted a share of it to distribute as soon as possible, and **JUAREZ** indicated that he would bring it to him. As was mentioned earlier, **GARCIA** previously told **JUAREZ** that he wanted methamphetamine to distribute because he had allowed **JUAREZ**'s associate to take quarter pound of **GARCIA**'s last share.

134. At approximately 15:28 hours, an incoming call was intercepted from (949) 523-1406, used by Raymond **LOPEZ**, to TT#13, used by **JUAREZ**. During the call, Raymond **LOPEZ** confirmed that the Kings County regiment would only be receiving "ten" this time, and to not "take too many." Raymond **LOPEZ** stated that **JUAREZ** can "take two," and then when "they" pay **JUAREZ**, **JUAREZ** can take more. **JUAREZ** then states that he knows that one will be going to the reservation[85] and another will be going to Corcoran.

---

[85] Based on my knowledge of this investigation, I know that Norteno gang members will

135.    Based on my training and experience, and my knowledge of this investigation, I believe Raymond **LOPEZ** is telling **JUAREZ** to not distribute all of the ten pounds of methamphetamine too quickly. Raymond **LOPEZ** tells **JUAREZ** to only take two pounds at a time; I believe he is doing this to try to make the stash of methamphetamine last longer. This way, there is a higher chance of higher-priority customers receiving shares, and giving the impression for a longer period of time that the gang has methamphetamine to sell. **JUAREZ** then tells Raymond **LOPEZ** that he is going to be distributing a pound to Armona and, by extension, **GARCIA**.[86]

136.    Less than 15 minutes after speaking with **LOPEZ**, at approximately 15:41, **JUAREZ**, using TT#13, called **ROCHA**, using TT#22. During the call, **JUAREZ** told **ROCHA** that he needed two "whole ones of the water" and told **ROCHA** to make them good. **JUAREZ** also told **ROCHA** that he was going to need "a quarter" for "the homie" that "got put back." **ROCHA** told **JUAREZ** that "that one" was "already paid for." **ROCHA** then confirmed that **JUAREZ** needed a "Q" and two "whole ones."

137.    Based on my training and experience, and my knowledge of this investigation, I know "water" to be a term drug dealers and drug traffickers use in place of "methamphetamine." I also know that "Q" and "QP" are commonly used in place of "quarter pound," which is used to refer to a quarter pound of illicit narcotics in the drug trafficking community. Based on my knowledge of the investigation, I believe that **JUAREZ** is asking **ROCHA** to supply **JUAREZ** with two pounds of methamphetamine, and an additional quarter pound of methamphetamine for **GARCIA**, which was

---

frequently refer to "the reservation" or "the res" to refer to the Santa Rosa Rancheria, which is included in Manual **GARCIA**'s area of responsibility in Armona.

[86] Earlier in the day, an uncharged co-conspirator (CC) had texted **JUAREZ**, using TT#13, asking if they were "working." At approximately 15:34, a series of text messages was intercepted between the two parties in which **JUAREZ** said that they could work together if CC had cash. CC then told **JUAREZ** to "shoot" him "two zips." **JUAREZ** then texted the following to CC: "I'll do that but at 150 each if you want ..everyone been waiting so almost everything we got is gonna b gone." Based on my training and experience, I know that "zip" is used by drug dealers and drug traffickers to refer to an ounce of an illicit narcotic. Here, based on my knowledge of the investigation, I believe that CC found out about the methamphetamine shipment and was requesting two ounces of methamphetamine from **JUAREZ**. **JUAREZ** then told CC that CC could pay $300 for two ounces because the methamphetamine was in high demand and would quickly be sold out.

1  already paid for because **GARCIA** had previously given a quarter pound to **JUAREZ**'s associate in
2  Visalia.

3      138.    Just minutes after confirming the order with **ROCHA**, at approximately 15:44 hours, a
4  series of text messages are intercepted between **JUAREZ**, using TT#13, and **GARCIA**, using TT#16.
5  **JUAREZ** initially sends a message reading, "I got u too on the one I borrowed." **GARCIA** responded
6  approximately a minute later by writing: "Coo."

7      139.    Based on my knowledge of the investigation and subsequent events, I believe that
8  **JUAREZ** is telling **GARCIA** that in addition to the pound of methamphetamine that he will be giving
9  him, **JUAREZ** remembers that **GARCIA** previously gave up a quarter-pound of methamphetamine so
10  that **JUAREZ** could give it to one of **JUAREZ**'s associates in Visalia. This is borne out by the fact that
11  **JUAREZ** later tells **ROCHA** that **JUAREZ** needs an additional quarter-pound for "the homie" that
12  "got put back" (see below), and by the fact that **GARCIA** was later apprehended with a pound and a
13  quarter (as opposed to just a pound) of methamphetamine.

14      140.    Seven minutes after **JUAREZ** confirmed the deal with **GARCIA**, at approximately
15  15:51 hours, the surveillance team observed Daniel **JUAREZ** enter his black Pontiac Grand Prix sedan,
16  which was parked in the driveway of J. **JUAREZ**'s home located at 2724 N. Giddings St, Visalia, CA.
17  D. **JUAREZ** then drove to 2630 N. Giddings St., parked, and walked to the front door. At
18  approximately 15:56 hours, an incoming call was intercepted from (559) 280-5365, used by Daniel
19  **JUAREZ**, to TT#22, used by **ROCHA**. During the call, D. **JUAREZ** informs **ROCHA** that D.
20  **JUAREZ** is at the door. This call took place at the exact time that the surveillance team observed D.
21  **JUAREZ** standing at the door of 2630 N. Giddings St, Visalia, CA, **ROCHA**'s home. Less than a
22  minute later, D. **JUAREZ** was observed exiting **ROCHA**'s residence while carrying a light-colored
23  plastic bag. The surveillance team observed that the bag was weighed down on the inside by at least one
24  cylindrically-shaped item. D. **JUAREZ** then got back into his car, drove back to 2724 N. Giddings St.,
25  and parked back in the driveway.

26      141.    Minutes later, at approximately 16:11 hours, **ROCHA**, using TT#22, called J. **JUAREZ**,
27  using TT#13. During the call, J. **JUAREZ** asks **ROCHA** if "it" is all like that. **ROCHA** informs J.
28  **JUAREZ** that the "whole batch" is like that, and that "those are the nicest ones." **ROCHA** tells J.

1   JUAREZ that **ROCHA** had an uncharged co-conspirator try "it," and that it was "all good." **ROCHA**

2   then said that he gave J. **JUAREZ** the "best of the best."

3        142.   Based on my knowledge of the investigation, I believe that D. **JUAREZ** went to

4   **ROCHA**'s house, received two and a quarter pounds of methamphetamine that J. **JUAREZ**, with

5   Raymond **LOPEZ**'s permission, had ordered from **ROCHA** earlier, and delivered it to J. **JUAREZ**. J.

6   **JUAREZ** then called **ROCHA** to discuss the quality of the methamphetamine.

7        143.   Soon after, at approximately 16:17, an outgoing call was intercepted from TT#13, used

8   by **JUAREZ**, to TT#16, used by **GARCIA**. During the call, **JUAREZ** asks if **GARCIA** is "all set."

9   **GARCIA** asks where **JUAREZ** is, and **JUAREZ** says that he is at his "pad." **GARCIA** then says that

10  he will "roll over."

11       144.   Based on my training and experience, and my knowledge of the investigation, I believe

12  **JUAREZ** is telling **GARCIA** that **JUAREZ** is ready to distribute **GARCIA**'s share of the

13  methamphetamine. **GARCIA** then confirms that **JUAREZ** is at **JUAREZ**'s house, and indicates that he

14  is going to come over.

15       145.   Approximately two minutes later, at 16:19 hours, the surveillance team observed a silver

16  Chevrolet Impala arrive at 2724 N. Giddings St., **JUAREZ**'s residence. **GARCIA** was the driver and

17  Joann **BERNAL** was the front passenger. **GARCIA** parked the vehicle in front of the residence, exited,

18  and walked to the front door while **BERNAL** remained in the vehicle. Approximately four minutes

19  later, at 16:23 hours, the surveillance team saw **GARCIA** exit the residence, walk to the passenger side

20  of his vehicle, and quickly hand **BERNAL** an unidentified object.[87] **GARCIA** then walked quickly back

21  into the residence, exited a few seconds later, got back into the driver's seat of the vehicle, and drove

22  away.

23

24       [87] **BERNAL** is a regular participant with **GARCIA** in **GARCIA**'s drug-dealing activities. For
     example, on April 24, 2019, the parties spoke several times about **BERNAL** ascertaining the price for a

25   "whole one," which I know to be slang for an ounce or a pound of an illicit narcotic. On April 29, 2019,
     **BERNAL** told **GARCIA** that "the eighth" was "still here because someone wanted a ball out of it,"

26   which I know to be a reference to an "eight ball," which is a slang term for 3.5 grams of either cocaine
     base or methamphetamine. On May 2, 2019, the parties talk about how an uncharged co-conspirator (D)

27   had gotten in contact with **BERNAL** about getting a "tester" of "dope" from **BERNAL**, which I know
     to mean a test sample of an illicit narcotic. On May 10, 2019, **BERNAL** stated that she was involved in

28   the distribution of "rocks," which I know to be slang for crack cocaine.

146.   Based on my knowledge of this investigation, I believe **GARCIA** came to **JUAREZ**'s house to obtain one and a quarter pounds of methamphetamine, based on the calls enumerated above in which **JUAREZ** and **GARCIA** talk about **GARCIA** being owed a quarter pound, and from the call made between **JUAREZ** and Raymond **LOPEZ** at 15:28 in which **JUAREZ** said that "one" would be going to "the reservation." I believe **GARCIA** brought the methamphetamine to his vehicle and handed it to **BERNAL**, and then left with **BERNAL** to bring the methamphetamine back for distribution in the Armona area.

147.   At approximately 16:45 hours, a Kings County Sheriff's Deputy was driving on Highway 198 near 7th Avenue, and paced **GARCIA**'s vehicle traveling in excess of 80-miles-per-hour in a posted 65-miles-per-hour zone. The Sheriff's Deputy also observed **GARCIA**'s vehicle change lanes without signaling, causing another driver to apply the brakes of his or her vehicle in order to avoid being struck by **GARCIA**'s vehicle. When **GARCIA**'s vehicle pulled onto the west-bound ramp to enter Highway 43, the Sheriff's Deputy initiated a traffic stop. When the Sheriff's Deputy search the vehicle, he located two large baggies with a white crystal-like substance under the front passenger seat where **BERNAL** was sitting. The substance field-tested positive for the presence of methamphetamine. One baggie weighed approximately 455 grams (approximately one pound), and the other weighed approximately 111 grams (approximately one quarter pound). After the baggies were found and **BERNAL** was arrested, **GARCIA** was asked about the "meth." **GARCIA** said, "It's all mine. Just let her go. I will take the rap for it."

148.   The next day, on May 16, 2019, at approximately 19:19 hours, **CASTRO**, using (707) 300-7958, called **JUAREZ**, using TT#13. During the call, **JUAREZ** says, ". . . as soon as we ran out, right, of the water, everybody started fuckin' crying about that one. So everybody's been wanted that over there. And I sold one just yesterday, too, to the homie out in Armona to go put out there on the res, to go drop off that one off on the res. Because they've been asking for it over there, they've been asking for it but they don't have nothing."

149.   As was stated above, based on my training and experience, I know drug traffickers and drug dealers use "water" to mean "methamphetamine." As is set out more fully above, I believe **GARCIA**'s area of responsibility is the Armona area, which includes Santa Rosa Rancheria, also known

as "the reservation" or "the res." I believe that **JUAREZ** told **CASTRO** that the county had not had any methamphetamine before the 10-pound shipment came in. Because methamphetamine was in high demand, drug users began to ask about it. **JUAREZ** also told **CASTRO** that he gave one pound of methamphetamine to **GARCIA**.

150.   Approximately two hours later, at 21:31 hours, Raymond **LOPEZ**, using (949) 523-1406, called **JUAREZ**, using TT#13. During the call, **JUAREZ** told Raymond **LOPEZ** that one of his "dudes got busted," and went on to say that **JUAREZ** was not sure "how much. It could have been the whole one, it could have been just the quarter. Remember the quarter we owed him?" **JUAREZ** then said that he was not sure if "he" had "dumped the whole one," and that he was not sure if "they busted him and his old lady or just him."

151.   Based on my knowledge of this investigation, I believe that **JUAREZ** told Raymond **LOPEZ** about **GARCIA** getting arrested, and said that he was not sure how much of the pound and a quarter of methamphetamine was taken by the police. **JUAREZ** also stated that he was not sure if just **GARCIA** or both **GARCIA** and **BERNAL** were arrested.

152.   In summary, the above calls and observations reveal that J. **JUAREZ**, D. **JUAREZ**, **ROCHA**, and Raymond **LOPEZ** distributed one and a quarter pounds of methamphetamine. And **GARCIA** and **BERNAL** possessed with intent to distribute one and a quarter pounds of methamphetamine.

Counts 1, 5, and 6:  On May 15, 2019, Jesse **JUAREZ** and Angel **MONTES** distributed three ounces of methamphetamine.  Manuel **BARRERA** possessed with intent to distribute three ounces of methamphetamine.

153.   On May 15, 2019, at approximately 19:21 hours, an outgoing call was intercepted from TT#14, used by **MONTES**, to TT#18, used by **BARRERA**. During the call, **MONTES** asked **BARRERA** to come to Lemoore sometime in the next hour to turn in taxes because the "homie" was in Lemoore "collecting." **BARRERA** then said that if the "homie" is able to "do it again," to let him know. **MONTES** then said that he was going to call the "homie."

154.   Based on my knowledge of this investigation, I believe **MONTES** is telling **BARRERA** that **JUAREZ** is in Lemoore collecting taxes for the gang, and wants **BARRERA** to come turn in his

1  share within an hour. **BARRERA** also asks to renew his stash of illicit narcotics, and **MONTES** says

2  that he will call **JUAREZ**.

3       155.   Approximately two minutes later, at 19:23 hours, an incoming call was intercepted from

4  **MONTES**, using TT#14, to **JUAREZ**, using TT#13. The following is a transcription of the pertinent

5  portions of the conversation:

6       **MONTES**: Chacho said he'll be mobile within an hour; any sooner, he'll call me. So I told him

7       when he's on his way from Kettleman to Lemoore to give me a call and I'll call you. And I

8       mean- I don't know if you're gonna want his number from there so you can meet, or I could

9       [inaudible], I don't care.

10      **JUAREZ**: Yeah, just [inaudible].

11      **MONTES**: Yeah, that way [inaudible], but he told me he was going to let me know when he's

12      on his way and then I'll give you a call. But he also said that, uh, if, you know, if- if you can

13      drop another quarter pound, he'd be willing to take it. And he also wants to pick up more Chrys.

14      That way he can push that off, too. 'Cause, I mean, it's going for him, you know what I mean?

15      . . .

16      **JUAREZ**: Yeah, tell him we got it for him. Just, um, whenever, uh… if he wants to go out our

17      way, too, he can go out that way, you know?

18      **MONTES**: Yeah?

19      **JUAREZ**: So tell him if he wants to go that way, too, he can come out that way. [inaudible] if

20      he's mobile. But, um, if not, then, uh…depending on the timing, you tell us. But if you can do it,

21      I'll do it. It doesn't matter.

22      **MONTES**: Alright. Well yeah, uh… I'll just wait on his call right now [inaudible] when he's on

23      his way.

24      **JUAREZ**: Ok.

25      156.   Based on my training and experience, I know that drug dealers and drug traffickers

26  intentionally use vague language and monikers in order to confuse law enforcement. Here, I believe the

27  parties are using "quarter pound" to refer to a quarter pound of cocaine. I also know that "Chrys" is a

28  phrase used to refer to the illicit narcotic crystal methamphetamine. Based on my knowledge of the

COMPLAINT AFFIDAVIT                          48

investigation, I believe **MONTES** is telling **JUAREZ** that **BARRERA** would like another quarter-pound of cocaine, and would also like some crystal methamphetamine to sell in the Kettleman area. **JUAREZ** tells **MONTES** that they will have what **BARRERA** would like, and that **MONTES** and **BARRERA** can come to **JUAREZ**'s location if they would like. Due to the vague nature of **JUAREZ**'s statement ("Tell him that we got it for him"), I do not believe **MONTES** understood that **JUAREZ** was saying that there was methamphetamine available for **BARRERA**.

157.    At approximately 20:15 hours, a series of text messages was intercepted between TT#14, used by **MONTES**, and TT#18, used by **BARRERA**. The following is a transcription of the text messages sent between the parties:

> **MONTES**: The boy left already bro I don't mind meeting you in lemas but ima need a lil bread for gas bro
>
> **BARRERA**: I prolly have like 15 left over til my fronts come in brother
>
> **BARRERA**: That's why I was asking to see if I could grab more too. It's dry already
>
> **BARRERA**: If u can't get that way I'll leave it with the boy?
>
> **BARRERA**: Or do u need me to go to visa?

158.    Based on my knowledge of the investigation, I know that "Lemas" refers to Lemoore and that "Visa" refers to "Visalia." I also know that **JUAREZ** lives in Visalia. I believe **MONTES** initially told **BARRERA** that **JUAREZ** left Lemoore, and that **MONTES** could come to Lemoore to collect the taxes if **BARRERA** gave **MONTES** some gas money. **BARRERA** then offered to go to Visalia instead.

159.    Approximately seven minutes later, at 20:22 hours, **MONTES**, using TT#14, called **BARRERA**, using TT#18. The following is a transcription of the pertinent portions of the call:

> **MONTES**: If you come out all this way, are you going to want to pick up two?
>
> **BARRERA**: Well, yeah. That's kind of what I was thinking, if it's easier on you.
>
> **MONTES**: Yeah, just [inaudible] so that we could get a ride real quick? And then when you get to town, I'll be with you, and then I'll [inaudible].
>
> **BARRERA**: Ok, I mean, maybe another two of that other, or- and then- and if they want to continue with the tree, the same thing. You know? Let's just keep the same thing going. Or,

whatever they want, bro. You know what I mean?

**MONTES**: Well, I mean, I'm pretty sure we can up it if you want to up it, you know what I'm saying? I mean, you did pretty good bringing 'em back pretty fast, fool. So if you want to up it, you could up it. That way you could get [inaudible]-

**BARRERA**: Ok, yeah, yeah. If you guys could do that... Yeah, exactly. Exactly. We could do that.

**MONTES**: Ok. So what do you want? Would you want to try to double it, or what?

**BARRERA**: Yeah, if possible.

**MONTES**: Alright. I'll let 'em know.

**BARRERA**: But on the water bottles, just three, not four. K?

**MONTES**: Ok.

**BARRERA**: Just one more up on that. But I'll double on the other.

**MONTES**: And if we don't- I'm not exactly sure, alright, if the water touched down. If not, you want the soda?

**BARRERA**: The... yeah. Fuck it, I'll check it out, brother. I'll work with that, I think I could get it going. But let's keep that the same.

**MONTES**: But if you start off with that, do you want to start off with three, or do you want to start off with one?

**BARRERA**: Do one and a half.

**MONTES**: One and a half?

**BARRERA**: Yeah, so I can- I could work with that.

**MONTES**: Alright. I'll do the math, and then I'll [inaudible]

**BARRERA**: You know what, just make it one, 'cause I know that price is a little bit more. Or a lot bit more.

**MONTES**: Actually, it won't be. The only- if anything, it's only gonna go up, because it's gonna be lent to you, you know what I'm sayin'?

**BARRERA**: Ok, well... If it's around the same thing, then just grab two then.

**MONTES**: Ok. When you get here, I'll talk to you, alright?

. . .

**MONTES**: Aight, well as soon as you get out here, just give me a call on this phone [inaudible]. And then, like I said, when you're heading in so that we can meet somewhere. Because I don't want to text you the address, alright?

**BARRERA**: Ok. That way we'll meet and then you'll follow me.

. . .

**MONTES**: If anything, I'll just go pick it up myself and I'll just have it on me. And then when you get to town I'll just give it to you.

160.    Based on my training and experience, I know that drug traffickers and drug dealers refer to methamphetamine as "water" and/or "clear." Based on my knowledge of this case, I know that this Norteno gang refers to units of methamphetamine as "water bottles." Depending on the context, a "water bottle" could be either a pound or an ounce of methamphetamine. In this case, as Raymond **LOPEZ** previously told **JUAREZ** not to take more than two pounds of methamphetamine at a time,[88] I believe the parties are discussing giving **BARRERA** three ounces of methamphetamine. I also know that drug traffickers and drug dealers refer to marijuana as "tree." I believe that **MONTES** suggested to **BARRERA** that **BARRERA** pick up the new shipment of narcotics while he was in Visalia. I believe that **BARRERA** asked to double his shipment of marijuana. I also believe that **MONTES** is explaining to **BARRERA** how the drugs are distributed to the gang members: the gang members are basically given the drugs on consignment, and then are obligated to sell the drugs and re-pay the gang for their cost. I also believe that **MONTES** is planning to take **BARRERA** to **JUAREZ**'s home, as **BARRERA** is going to Visalia and **MONTES** did not want to text the address to **BARRERA**, instead preferring to tell him in person. **MONTES** also indicates that he may just go pick up the methamphetamine by himself and then take it to **BARRERA** when **BARRERA** arrives in Visalia.

---

[88] During the call on May 15, 2019, at 15:48 hours, Raymond **LOPEZ** told **JUAREZ** that **JUAREZ** could only take out two pounds of the methamphetamine at a time.

161.   Approximately three minutes later, at 20:25 hours, **MONTES**, using TT#14, called **JUAREZ**, using TT#13. **MONTES** told **JUAREZ** that "he" wanted to go "from four to eight" on "the tree," and that "he" also wanted to get "two on the soda." **MONTES** then said that "if there was 'clear,'" then he would take that, and if not, just "two of the soda." **JUAREZ** then said, "We got a little bit" and then said that he was on his way back. The parties then made arrangements for **MONTES** to go to **JUAREZ**'s house so that he could "have it on" him when he meets with "him" later.

162.   Based on my training and experience, I know that drug traffickers and drug dealers refer to cocaine base as "soda." As mentioned above, I also know they refer to methamphetamine as "clear." I believe that **MONTES** is telling **JUAREZ** that **BARRERA** would like to double his normal shipment of marijuana from four to eight ounces, and that **BARRERA** would like to take three ounces of methamphetamine unless there is none available, in which case he would just take two ounces of cocaine. **JUAREZ** then says that he has some methamphetamine that may be given to **BARRERA**. **MONTES** then tells **JUAREZ** that he will go to **JUAREZ**'s house to get the narcotics so that he can have them on his person when he meets with **BARRERA** in Visalia later that night.

163.   At approximately 20:44 hours, the surveillance team observed **JUAREZ** as he drove to and parked his vehicle at his residence at 2724 N. Giddings St, Visalia, CA. At approximately 21:33 hours, the surveillance team observed a black Chevrolet Malibu registered to Angel **MONTES** park in front of 2724 N. Giddings St. **JUAREZ** then exited the residence, met Angel **MONTES** on the front lawn, and appeared to engage in a conversation. After several minutes, both parties entered **JUAREZ**'s residence.

164.   At approximately 21:42 hours, **MONTES**, using TT#14, called **BARRERA**, using TT#18. During the call, **BARRERA** said that he was passing De Maree. **MONTES** then told **BARRERA** to get off on De Maree, and to wait at a nearby Burger King. **MONTES** then said that he would meet **BARRERA** there in a few minutes. Approximately four minutes later, at 21:46 hours, the surveillance team observed **MONTES** enter his vehicle and drive away from **JUAREZ**'s residence.

165.   At approximately 21:49 hours, the surveillance team observed a silver Toyota Corolla registered to **BARRERA** parked in the Burger King parking lot at 500 South De Maree, Visalia, CA.

1   **BARRERA** was observed walking out of the Burger King and entering the front passenger portion of

2   the vehicle.

3       166.   At approximately 21:53 hours, the surveillance team observed **MONTES**'s vehicle enter

4   the Burger King parking lot and park next to **BARRERA**'s vehicle. **BARRERA** then exited his vehicle

5   and entered the front passenger portion of **MONTES**'s vehicle. The parties appeared to engage in

6   conversation, and **BARRERA** was observed manipulating something near his feet. A few moments

7   later, **BARRERA** then exits **MONTES**'s vehicle carrying a white plastic bag with at least two

8   cylindrically-shaped items in it that appeared to weigh the bag down. **MONTES** then drove away, and

9   **BARRERA** put the plastic bag in the trunk of his vehicle and then departed in his vehicle, as well.

10       167.   At approximately 22:02, **MONTES**, using TT#14, called **JUAREZ**, using TT#13.

11   **MONTES** told **JUAREZ** that **MONTES** was outside. **JUAREZ** said to give him a couple minutes.

12   One minute later, **MONTES** and **JUAREZ** are again observed conversing in the front yard of

13   **JUAREZ**'s residence.

14       168.   In summary, the above calls and observations reveal that J. **JUAREZ** and **MONTES**

15   distributed three ounces of methamphetamine.  And **BARRERA** possessed with intent to distribute three

16   ounces of methamphetamine.

17   <u>Counts 1, 7, and 8:  On May 24, 2019, Jesse **JUAREZ**, Michael **ROCHA**, and Angel **MONTES**</u>

18   <u>distributed four ounces of methamphetamine.  Ramon **AMADOR** possessed with intent to distribute</u>

19   <u>four ounces of methamphetamine.</u>

20       169.   Angel **MONTES** and Ramon **AMADOR** communicated several times about **MONTES**

21   giving methamphetamine to **AMADOR** before May 24, 2019. For example, on May 2, 2019, at

22   approximately 13:12 hours, **MONTES** called **AMADOR**. The following is a transcript of the pertinent

23   portions of the conversation:

24       **AMADOR**: Aye, I was gonna ask you… I talked to the homie and he said he was out.

25       **MONTES**: Who?

26       **AMADOR**: The homie.

27       **MONTES**: Which one?

28       **AMADOR**: The homie homie.

**MONTES**: Out out? What you mean, "out?"

**AMADOR**: He said he was out of fuckin'… work.

**MONTES**: Oh, the soda?

**AMADOR**: Nah, the other one; the dirty one.

**MONTES**: Oh, ok ok.

**AMADOR**: Fuckin'… you ain't got nothin' over there?

**MONTES**: Nuh uh.

**AMADOR**: Fuck, this shit is starting to move, my boy. And perfect time, I got like eight people waiting on me and he just told me, "Oh, we're out. We're gonna have to wait a couple days." And I was like, "Ahhh, all bad."

**MONTES**: That's what he told me, too. Because I was trying to get four of them. I was trying to get four of them, fool.

**AMADOR**: Yeah.

. . .

**AMADOR**: That's what I'm gonna do. I mean, 'cause that's the only thing that's movin' out there.

**MONTES**: That's it?

**AMADOR**: That's it, fool. It's crazy, fool, 'cause we ain't got none of the soda, so I mean… the other stuff, it doesn't move out here. That first batch, it doesn't move out here in in my town. These fools get so good high quality shit, bro, that I took that- they were asking if that shit was real.

**MONTES**: Damn.

**AMADOR**: Know what I'm saying? They're like, 'Man, that's not even real shit." And I was like, "Oh my god." Embarrassing, fool. I had to shut down. I told the homie like, "You know me, fool. I keep it real, you know what I'm saying?" So I just told him, "Aye bro, I can't do nothin' with that."

**MONTES**: He didn't swap you out?

**AMADOR**: Nah, he just fuckin'… I took it all- I gave it all back to him.

Montes: Oh, ok. Aye, 'cause they had got some other shit they were swapping out. But like I said, my shit went cool, no issue. I mean, either that or I was just giving it to mother fuckers who just ain't ever had real good shit.

170.    Based on my training and experience, I know that drug traffickers and drug dealers use the term "soda" to refer to cocaine base, "shit" to refer to illicit narcotics, and "work" to refer to illicit narcotics or the act of selling and/or distributing illicit narcotics. Based on my knowledge of the investigation, I believe **AMADOR** was using the phrase "the dirty one" to refer to methamphetamine. I also believe that **AMADOR** was referring to **Jesse JUAREZ** when he used the phrase "homie." Here, **AMADOR** is telling **MONTES** that **AMADOR** spoke with **JUAREZ**, and that **JUAREZ** told **AMADOR** that there was no more methamphetamine that the gang could give to **AMADOR** at the time. **AMADOR** then confirms with **MONTES** that there is no methamphetamine left in the gang's stash. **AMADOR** then tells **MONTES** that methamphetamine is the only illicit narcotic that "moves," or sells in his area of responsibility because users did not like the previous batch of cocaine that the gang had supplied to **AMADOR**.

171.    On May 6, 2019, at approximately 18:22 hours, **AMADOR** sent a text message to TT#14, used by **MONTES**. The body of the text message read: "My app down bro any word [if] the reup happened?" **MONTES** responded, "My bad foo this phone was acting up but the boy hasn't told me anything."

172.    Based on my training and experience, I know drug traffickers and drug dealers use the phrase "re-up" to refer to the act of replenishing one's stash of illicit narcotics. Based on my knowledge of the investigation, I believe **MONTES** is using the phrase "the boy" to refer to Jesse **JUAREZ**. Here, **AMADOR** is asking if the gang has received a new shipment of methamphetamine. **MONTES** responds by saying that **JUAREZ** has not told him anything about that yet.

173.    As is alleged above, I believe that Salvador **CASTRO**, Jr., Raymond **LOPEZ**, Jesse **JUAREZ**, and Michael **ROCHA** conspired to deliver ten pounds of methamphetamine from the

1  Sacramento area to the Kings County area on May 15, 2019. The methamphetamine was then stored at

2  **ROCHA**'s residence, 2630 N. Giddings.

3       174.    Approximately nine days later, on May 24, 2019, at approximately 15:47 hours, an

4  incoming call was intercepted from TT#38, used by **AMADOR**, to TT#14, used by **MONTES**.

5  **AMADOR** told **MONTES** that he "needs some work," to which **MONTES** replied "I got you I got

6  you."

7       175.    Based on my training and experience, and my knowledge of the investigation, I believe

8  **AMADOR** is reminding **MONTES** that **AMADOR** needs more methamphetamine to sell in the

9  Corcoran area. **MONTES** then tells **AMADOR**, "I got you," which in vernacular means "I understand"

10  or "I will handle it for you."

11       176.    Approximately an hour and a half later, at approximately 17:15 hours, **JUAREZ**, using

12  TT#13, called **MONTES**, using TT#14. During the call, **MONTES** told **JUAREZ** that "Twist" was

13  looking for "work," and that "Twist wanted his."

14       177.    Based on my knowledge of the investigation, I believe **MONTES** was telling **JUAREZ**

15  that **AMADOR** wanted a share of the methamphetamine shipment to sell in the Corcoran area.

16       178.    Approximately 15 minutes later, at 17:31 hours, **AMADOR**, using TT#38, called

17  **MONTES**, using TT#14. The following is a transcription of the pertinent portions of the conversation:

18      **MONTES**: I know you wanted to pick up. I gonna head out there to Hanford right now, fool. I

19      don't know if you want to meet out there, or if you got somebody that could probably slide with

20      you or something like that. But if you want, fool, maybe I could pick something up for you and

21      take it out there. So that way-

22      **AMADOR**: [inaudible]

23      . . .

24      **AMADOR**: What time you gonna be in Hanford? Right now, right now?

25      **MONTES**: Probably in the next half hour, hour- actually, I'm even going as far as Lemas, fool.

26      Matter of fact. I'm going to Lemas, too.

27      **AMADOR**: Fuck. At what time?

28      **MONTES**: Actually, I'm gonna head there first. I'll probably be there in like 45 minutes.

. . .

**AMADOR**: I don't like to fuckin' pick up nothin' in my black ride, fool. 'Cause I wrecked it a little bit, you know what I'm sayin'?

**MONTES**: Oh, ok.

**AMADOR**: So I'm waitin'- so I'm gonna take my white ride.

. . .

**AMADOR**: It's the same stuff, right?

**MONTES**: Actually, it's different from what I'm told. I mean, unless you picked up recently. But within the last… I believe, week. And it's new. And it's actually better, from what I'm told.

**AMADOR**: Well, the last shit was pretty cool. I mean, they liked it.

**MONTES**: [inaudible], this one's cool, you know what I'm sayin'?

**AMADOR**: How much they go for out there in Hanford, fool? A whole one. A dollar fifty?

**MONTES**: I believe the homie said he- I had my- one fifty? One seventy?

**AMADOR**: That's like around-

**MONTES**: No more than two, but no less than one fifty.

**AMADOR**: Yeah, that's around our price range. Like one fifty's like the- the price, you know what I'm sayin'?

. . .

**MONTES**: I believe there's enough of it for a "P." I don't know if you're tryin' to pick that much up.

**AMADOR**: I don't know if I'm tryin' to pick up that much. Just for right now, 'cause I want to make sure that they like it. If anything, just four of 'em.

**MONTES**: Four of 'em?

**AMADOR**: Yeah.

**MONTES**: Aight. Aight, I'm getting' 'em right now.

**AMADOR**: Aight. Yup. And what about the other white stuff? Nothing? Matter of fact, I got a

cool little chunk of that shit right now, fool. I fuckin' cashed out for that shit. Fuckin'... I'm tryin' to get some tree, fool.

**MONTES**: See, that's the one thing the homie doesn't have. But, I could probably find it for you, easy. [inaudible] how much you want.

179.    Based on my training and experience, I know that drug traffickers and drug dealers use the word "ride" to refer to a vehicle. I also know that drug traffickers and drug dealers intentionally use vague words to describe illicit narcotics in an attempt to thwart law enforcement interference. In this case, I believe **AMADOR** used the word "stuff" and later used the word "shit" to refer to methamphetamine, "other white stuff" to refer to cocaine base, and "tree" to refer to marijuana. I also know that drug traffickers and drug dealers will frequently use the phrase "a whole one" to mean an entire pound of an illicit narcotic. By the same token, I know that drug traffickers and drug dealers will intentionally mis-state or mis-apply a decimal point when quoting a street-value estimate for illicit narcotics. In this case, **MONTES** said that the price for a pound of "shit" was "no more than two, but no less than one fifty." I believe that **MONTES** is actually saying that it will sell for between $1,500 and $2,000. This lends credence to the idea that they are discussing methamphetamine, as I know through my training and experience that the street value of methamphetamine in King's County is between $1,500 and $2,000, depending on the seller and the method of distribution (i.e. selling it as opposed to giving it on consignment). Based on my knowledge of the case, I know that drug traffickers and drug dealers in Kings County use the phrase "Lemas" to refer to "Lemoore." I also know that **MONTES** and the other line officers will frequently use the phrase "the homie" when speaking about Jesse **JUAREZ**.

180.    Here, I believe that **MONTES** told **AMADOR** that **MONTES** would be in Lemoore in approximately 45 minutes. **AMADOR** then told **MONTES** that **AMADOR** was going to drive a white vehicle to the meet. Later, **AMADOR** asked if the methamphetamine was of the same quality of the last batch, and **MONTES** told **AMADOR** that it was better. When **AMADOR** asked, **MONTES** told him that he could get a pound of methamphetamine for between $1,500 and $2,000, and said he thought there was still a pound of methamphetamine in the gang's stash. **AMADOR** then said that he did not

1   want a pound, as he did not know if his clients in Corcoran would like this batch of methamphetamine,

2   and instead ordered four ounces. **MONTES** confirmed the amount, and said that he would get it for

3   **AMADOR. AMADOR** then asked about cocaine, remembered that he already had some cocaine – and

4   had spent a significant amount of money on it – and then asked for marijuana, thus further confirming

5   through process of elimination that the parties were initially speaking about methamphetamine.

6   **MONTES** then said that marijuana was the one thing that **JUAREZ** did not have to distribute. This call

7   lasted approximately four minutes and forty-six seconds.

8       181.    Approximately one minute after the previous call ended, at 17:37 hours, **MONTES**,

9   using TT#14, sent a text message to **AMADOR**, using TT#38. The body of the message read: "U want

10  four of the clear right?" **AMADOR** responded approximately five minutes later at 17:42 hours by

11  writing: "Yeah."

12      182.    Based on my training and experience, I know that the word "clear" is commonly used to

13  refer to methamphetamine. Here, based on my knowledge of the previous phone call, I know that

14  **MONTES** is confirming that **AMADOR** would like four ounces of methamphetamine. Further

15  bolstering this belief is the fact that approximately ten minutes after receiving **AMADOR**'s response,

16  **MONTES**, using TT#14, called **JUAREZ**, using TT#13, and told **JUAREZ** that "Twist" wanted "four

17  on the clear." As is noted above, "Twist" is a moniker used by **AMADOR**.

18      183.    At approximately 18:14 hours, the surveillance team observed **MONTES** drive to and

19  park in the driveway of 2630 N. Giddings, which I know from my knowledge of the investigation to be

20  **ROCHA**'s primary residence. Approximately one minute later, the surveillance team observed

21  **MONTES** exit the residence, enter his car, and depart the area.

22      184.    At approximately 18:29 hours, an incoming call was intercepted from TT#22, **ROCHA**'s

23  phone, to TT#13, **JUAREZ**'s phone. During the call, **ROCHA** said, "Touchdown," and **JUAREZ** said

24  "Thank you."

25      185.    Based on my training and experience and my knowledge of this investigation, I know that

26  drug traffickers and drug dealers use the phrase "touchdown," "touch down," or "touched down" to

27  indicate that illicit narcotics and/or the proceeds from illicit narcotics have reached their intended

28

1 | destination and/or target. Here, I believe **ROCHA** was telling **JUAREZ** that **ROCHA** had successfully
2 | delivered the methamphetamine to **MONTES**.

186.   At approximately 18:36 hours, **MONTES**, using TT#14, sent **AMADOR**, using TT#38, a text message reading: "Headed to lemas be there in 20." **AMADOR** responded: "Where you wanna meet?" **MONTES** replied: "The wrecking bar. A bar on Lemas Ave."

187.   Based on my knowledge of the investigation, I know that this gang uses "Lemas" in place of "Lemoore." Here, **MONTES** was telling **AMADOR** that **MONTES** was going to be in Lemoore in 20 minutes, and then the parties arranged to meet at The Wrecking Bar at 700 N. Lemoore Avenue, Lemoore, CA 93245.

188.   On 5/24/19 at approximately 18:45 hours, an outgoing call was intercepted from **MONTES**, using TT#14, to **JUAREZ**, using TT#13, which **MONTES** told **JUAREZ** that **MONTES** was on his way to meet with "Twist" "right now."

189.   At approximately 18:48 hours, the surveillance team observed **MONTES**'s vehicle pull into The Wrecking Ball's parking lot at 700 N. Lemoore Avenue, Lemoore, CA 93245. **MONTES** was identified as the driver.

190.   Approximately one minute later, at 18:49 hours, **MONTES**, using TT#14, sent a text message to **AMADOR**, using TT#38, that read, "Here."

191.   At approximately 19:07 hours, **AMADOR**, using TT#38, sent a text message to **MONTES**, using TT#14, reading: "Here." At the same time, the surveillance team observed a white Dodge Charger – whose plate is registered to **AMADOR** – pull into The Wrecking Bar parking lot, and the driver was identified as **AMADOR**. At approximately 19:08 hours, **MONTES** sent a text message to **AMADOR** that read: "Pull up next to my car foo."

192.   The surveillance team then observed **AMADOR** exit his vehicle and enter the right front seat of **MONTES'** vehicle. While **AMADOR** was inside **MONTES'** vehicle, the surveillance team observed **AMADOR** reach into the back seat of the vehicle, take an object, and transfer that object to the front seat where he was sitting. **AMADOR** was then observed examining the object.

193.   Approximately seven minutes later, **AMADOR** exited **MONTES**'s vehicle carrying a white plastic bag which he did not have when entering **MONTES**'s vehicle, entered the driver's seat of

1    his white Dodge Charger, and departed the area. The surveillance team followed **AMADOR** until he

2    arrived at his residence at approximately 19:56 hours.

3          194.    In summary, the above calls and observations reveal that **JUAREZ, ROCHA,** and

4    **MONTES** distributed several ounces of methamphetamine.  And **AMADOR** possessed with intent to

5    distribute several ounces of methamphetamine.

6    Counts 9 and 10:  On May 31, 2019, Raul **LOPEZ** distributed one pound of methamphetamine to Rafael

7    **LOPEZ.**  Rafael **LOPEZ** possessed with intent to distribute one pound of methamphetamine.

8          195.    On May 30, 2019, at approximately 14:20 hours, a series of text messages was

9    intercepted between TT#34, used by Rafael **LOPEZ,** and (559) 723-9993. The investigative team

10    identified the user of (559) 723-9993 as Raul **LOPEZ,** Jr.[89] The following is a transcription of the

11    pertinent portions of that text message exchange:

12          Rafael **LOPEZ:** Kid did you line that up for me

13          Raul **LOPEZ:** Trying but no answer yet

14          Rafael **LOPEZ:** Everyone gets paid tonight kid let me know asap if it's going down

15          Raul **LOPEZ:** Ok

16          196.    Based on my training and experience, I know that drug users tend to "re-up" their stash of

17    illicit narcotics on days when they get a paycheck. Here, I believe that Rafael **LOPEZ** is asking Raul

18    **LOPEZ** to supply Rafael **LOPEZ** with illicit narcotics in a timely manner because Rafael **LOPEZ**

19    wants to be the one his clients go to when they are looking to purchase drugs with their paycheck

20    money.

21          197.    Approximately four hours later, at 18:37 hours, the parties again exchanged text

22    messages. Rafael **LOPEZ** asked if there was "Any word," to which Raul **LOPEZ** responded, "I'm

23    waiting said an hour." Rafael **LOPEZ** texted Raul **LOPEZ** again at 19:42 hours asking, "Is it a go bro

24    or not?" Raul **LOPEZ** responded, "This guy just said another hour letting you know."

25

26

27          [89] Raul **LOPEZ** was identified as the user of this phone based on queries made by the
investigative team to law enforcement databases. It is also clear that he is the user of this number based
28    on subsequent events and observations of the investigative team.

COMPLAINT AFFIDAVIT                          61

198.    At approximately 22:08 hours, an incoming call was intercepted from (559) 723-9993, used by Raul **LOPEZ**, to TT#34, used by Rafael **LOPEZ**. During the call, Rafael **LOPEZ** said that he was "on [his] way," to which Raul **LOPEZ** responded "Cool. Later." At approximately 22:23 hours, Rafael **LOPEZ** called Raul **LOPEZ**. The following is a transcription of the pertinent portions of the conversation:

> Rafael **LOPEZ**: Aye, I just picked that up, right? Um-
>
> Raul **LOPEZ**: Yeah.
>
> Rafael **LOPEZ**: What's the latest I can grab that other one?
>
> Raul **LOPEZ**: Well, just call me and I'll let you know.
>
> Rafael **LOPEZ**: Ok, because more than likely this shit's gonna be done like right now.
>
> Raul **LOPEZ**: Ok, well call me back when you're done.
>
> Rafael **LOPEZ**: Alright.

199.    Based on my training and experience, I know that drug traffickers and drug dealers intentionally use vague or misleading language in order to thwart possible law enforcement interference. I also know that they frequently use the word "shit" to denote an illicit narcotic. In this case, I believe Rafael **LOPEZ** is confirming that he just picked up a quantity of an illicit narcotic at a drop-off point that he and Raul **LOPEZ** previously agreed upon. Rafael **LOPEZ** then tells Raul **LOPEZ** that he is going to need more of that narcotic because Rafael **LOPEZ** is going to sell all of the quantity that he just received from Raul **LOPEZ**. Raul **LOPEZ** then tells Rafael **LOPEZ** to call Raul **LOPEZ** once Rafael **LOPEZ** is done selling everything that Raul **LOPEZ** just gave him. Based on my knowledge of the investigation, and subsequent events, I believe that Raul **LOPEZ** supplied Rafael **LOPEZ** with an undetermined quantity of methamphetamine.

200.    The next day, May 31, 2019, at approximately 13:16 hours, Rafael **LOPEZ** sent a text message to Raul **LOPEZ**. The text message read: "I want that other one I'll pick it up tonight." A few hours later, at approximately 18:47 hours, Rafael **LOPEZ** sent another text message to Raul **LOPEZ** that read: "Brother you think I get that other in one." Raul **LOPEZ** texted Rafael **LOPEZ** back approximately two minutes later, writing: "Got to be now." In the next minute, Rafael **LOPEZ** texted: "In class rn," to which Raul **LOPEZ** responded: "Okay well after I get out of Lucha Libre at the

1   rawhide." At approximately 18:50 hours, Rafael **LOPEZ** called Raul **LOPEZ**. The following is a

2   transcription of the pertinent portions of the conversation:

3       Rafael **LOPEZ**: Aye, you can't leave it somewhere?

4       Raul **LOPEZ**: Nope. I don't have no one to leave it with.

5       Rafael **LOPEZ**: Fuck. What time do you get out of that thing, or whatever?

6       Raul **LOPEZ**: I don't know. We're just barely leaving right now. I don't know what time it's

7       over. I'm assuming-

8       Rafael **LOPEZ**: Ah?

9       Raul **LOPEZ**: - at nine, but I dunno. [inaudible] leaving now.

10      Rafael **LOPEZ**: You can't leave it nowhere?

11      Raul **LOPEZ**: Well, where can I leave it at? I don't have nowhere to leave it at.

12      Rafael **LOPEZ**: Put it like in fuckin'… The truck's gonna be there or somethin'?

13      Raul **LOPEZ**: Yeah, I can't leave it in there, I don't trust- that's too much, there's too much

14      [inaudible] that's around there. If somethin' happens to it, then I'm- I'm- That's too much

15      money.

16      Rafael **LOPEZ**: Shit. Well, when you leavin'? Right, right now?

17      Raul **LOPEZ**: Right, right now.

18      Rafael **LOPEZ**: Yeah, I'm not gonna be able to do it.

19      Raul **LOPEZ**: I'm at my house. I'm leaving over there to go pick up an [inaudible], if you're

20      ready.

21      Rafael **LOPEZ**: Oh, ok. Ok. We're supp- We're supposed to get out- We're going to get out of

22      class at seven… at seven today.

23      Raul **LOPEZ**: Well, fuck, it's seven right now.

24      Rafael **LOPEZ**: I know, but I still gotta go home and grab the *feria*.

25      Raul **LOPEZ**: Well, I'd rather you go grab it, and then you give me the *feria* afterwards, if

26      you're gonna do that. If not, I'm-

27      Rafael **LOPEZ**: Yeah, 'cause I'd rather just go grab it right now, and I'll give you the money

28      after.

Raul **LOPEZ**: Cool. Cool.

Rafael **LOPEZ**: Alright.

201.    Based on my training and experience, I know that "rn" is text message vernacular for the phrase "right now." I also know that *feria* is a Spanish word that means "fair," but that is used as vernacular for "currency." Based on my knowledge of the investigation, I know that residents of Tulare County refer to The Rawhide Ballpark in Visalia, CA as "the rawhide," and that "Lucha Libre" is a wrestling event that was scheduled to take place at the Rawhide Ballpark on May 31, 2019, from 18:00 hours to 21:00 hours. Here, I believe Raul **LOPEZ**'s job is connected to the Lucha Libre event at the Rawhide Ballpark in Visalia, CA, which will not end until 21:00 hours. Rafael **LOPEZ** wants to get more methamphetamine before that time, so Rafael **LOPEZ** is asking Raul **LOPEZ** to leave the methamphetamine somewhere. Raul **LOPEZ** replies that he does not want to do that, because if someone were to steal it, Raul **LOPEZ** would lose a lot of income potential. The parties then decide that Rafael **LOPEZ** is going to come and get the methamphetamine and then pay Raul **LOPEZ** for it later, a practice common in the drug trafficking subculture.

202.    At approximately 19:11 hours, Raul **LOPEZ** called Rafael **LOPEZ**'s phone again. When Raul **LOPEZ** asked where Rafael **LOPEZ** was, Rafael **LOPEZ** effectively said that he still had not left. Raul **LOPEZ** told Rafael **LOPEZ** that Raul **LOPEZ** would "have it at the Rawhide," and then said, "you call me and I'll open my door and then you go get it." Rafael **LOPEZ** agreed.

203.    At approximately 19:26 hours, the surveillance team watched Rafael **LOPEZ** get into a grey Chevrolet Malibu and drive in the direction of the Rawhide Ballpark. Approximately one minute later, the surveillance team observed Raul **LOPEZ** standing near the entrance to the ballpark.[90] A few moments later, the surveillance team observed Raul **LOPEZ** put his cellular phone to his ear.

204.    At approximately 19:28 hours, an outgoing call was intercepted from Rafael **LOPEZ** to Raul **LOPEZ**. The following is a transcription of the pertinent portions of that conversation:

Rafael **LOPEZ**: What car you in, or what?

---

[90] Raul **LOPEZ** was identified based on a photograph from the Department of Motor Vehicles.

Raul **LOPEZ**: I'm in my truck, and we're at The Rawhide.

Rafael **LOPEZ**: Ok. What are you gonna do, pick up the money after?

Raul **LOPEZ**: Yeah.

Rafael **LOPEZ**: Ok.

Raul **LOPEZ**: Unless you want to get it and leave it in the truck. Or vice versa. However you want to do it. Whatever's easier. Don't matter.

Rafael **LOPEZ**: Yeah, just pick it up after you're done.

Raul **LOPEZ**: That's fine. That's fine.

Rafael **LOPEZ**: I'm gonna be pulling up in about five minutes.

Raul **LOPEZ**: Yeah, pull inside the Rawhide.

Rafael **LOPEZ**: Pull inside of it? What do you mean?

Raul **LOPEZ**: Inside the parking lot.

Rafael **LOPEZ**: Oh, the parking lot that's on Murray or King, or whatever?

Raul **LOPEZ**: Yeah, at the Rawhide. Yeah.

Rafael **LOPEZ**: Ok.


205.    At approximately 10:32 hours, the surveillance team observed a silver Nissan pickup arrive and park in a stall at the Four Seasons Handy Market on the southwest corner of West Murray Avenue and North Giddings Street, directly across the street from the Rawhide Ballpark. An uncharged co-conspirator exited the truck, walked across North Giddings Street, and made contact with Raul **LOPEZ**.

206.    At approximately 19:33 hours, a text message from Raul **LOPEZ** to Rafael **LOPEZ** was intercepted. The body of the text message read: "4 seasons parking lot." Rafael **LOPEZ** responded: "K" at 19:34 and then wrote: "Here" at 19:35.

207.    During this most recent exchange, the surveillance team observed Rafael **LOPEZ** drive the grey Chevrolet Malibu into the Four Seasons parking lot and park it next to the silver Nissan pickup truck. Rafael **LOPEZ** then attempted to open the front passenger door of the pickup without success.

1   Rafael **LOPEZ** then looked in the front window of the pickup truck, then looked toward the ballpark

2   and appeared to make a phone call.

3       208.    At approximately 19:36, an outgoing call was intercepted from TT#34, used by Rafael

4   **LOPEZ**, to (559) 563-1307, used by Raul **LOPEZ**. During the call, Raul **LOPEZ** tells Rafael **LOPEZ**

5   that "it's in the passenger seat." When Rafael **LOPEZ** asks if "it" is in something, Raul **LOPEZ** says

6   that it is "in a black bag." Raul **LOPEZ** then tells Rafael **LOPEZ** to "check if it's locked" because Raul

7   **LOPEZ** is "walking that way." Rafael **LOPEZ** asks if "it's right in the front, right?" Raul **LOPEZ**

8   responds, "The front seat? Yup."

9       209.    Meanwhile, the surveillance team observed Raul **LOPEZ** walking from the front gate of

10   the ballpark waving his hands and then pointing an object which appeared to be a key fob toward the

11   Four Seasons parking lot. Rafael **LOPEZ** then opened the front passenger door of the pickup truck,

12   removed a black plastic bag from inside the truck, walked back to his vehicle, and departed the area in

13   his vehicle.

14       210.    Raul **LOPEZ** then calls Rafael **LOPEZ** again at approximately 19:38 hours to "make

15   sure it was locked."

16       211.    At approximately 19:44 hours, an incoming call was intercepted from (559) 827-9001,

17   used by an uncharged co-conspirator (CC), to TT#34, used by Rafael **LOPEZ**. During the call, Rafael

18   **LOPEZ** told CC that he "just got here" and he's "gotta break this down." Based on other calls and texts

19   between Rafael **LOPEZ** and uncharged co-conspirator Jason K., I believe Rafael **LOPEZ** was referring

20   to his being at Jason K.'s house. [91] Based on my training and experience, I know that drug dealers who

21       [91] The investigative team had previously intercepted calls on May 30, 2019, between Rafael

22   **LOPEZ**, using TT#34, and another uncharged co-conspirator (Jason K.). During those calls, Jason K. and Rafael **LOPEZ** were attempting to meet each other so that Rafael **LOPEZ** could give Jason K.

23   "one," though Jason K. said that he needed "more than one." Based on the calls and texts received that night, it does not appear that the parties were able to connect with each other in person. On May 31,

24   2019, at approximately 14:21 hours, Jason K. sent a text message to Rafael **LOPEZ** which read: "Hey I need you to come thru or tell me where to meet you." The following minute, Rafael **LOPEZ** called

25   Jason K. During the call, Rafael said, "It's probably going to be a little bit, bro. I'm already done. I have to go get another one." Jason responded, "Well, I need another one at least, man." Rafael **LOPEZ** then

26   replied, "Ok, I'm going to do my best to give it to you." At approximately 19:30 hours, Rafael **LOPEZ** called Jason K., and told Jason K. that Rafael **LOPEZ** was coming to Jason K.'s house "right now."

27   Additionally, in a call intercepted between Rafael **LOPEZ**, using TT#34, and another uncharged co-conspirator (CC) at approximately 20:00 on the same date, Rafael **LOPEZ** told CC that Rafael **LOPEZ**

28   was at his "friend Jason's house" on 830 S. Redwood. Based on the above information, I believe that Raul **LOPEZ** gave Rafael **LOPEZ** a full pound of methamphetamine, which contained 16 ounces.

receive illicit narcotics wholesale use the phrase "break down" to denote preparing the narcotics for sale and/or consumption. In this case, I believe Rafael **LOPEZ** is parsing out portions of the methamphetamine that he can sell to his clients.

212. At approximately 19:49 hours, the surveillance team observed Rafael **LOPEZ**'s grey Chevrolet Malibu parked at 830 S. Redwood Street. The surveillance team then observed him drive away from that address in the same vehicle approximately 20 minutes later.

213. At approximately 20:12 hours, a traffic stop was initiated on the vehicle by the Tulare County Sheriff's Department.

214. At approximately 20:12 hours, Rafael **LOPEZ** placed a call to (559) 827-9001, used by an uncharged co-conspirator (CC). The following is a transcription of the pertinent portions of the call:

> Rafael **LOPEZ**: Aw, fuck! Fuck!
>
> CC: What?
>
> Rafael **LOPEZ**: This fucking cop just flipped a dick on me, and I got fuckin'... like a pound of dope.
>
> CC: Is he behind you?
>
> Rafael **LOPEZ**: Fuck! He is. Fuck!

215. At approximately 20:16 hours, a series of text messages was intercepted between Rafael **LOPEZ** and an uncharged co-conspirator using (559) 571-3431. The following is a transcription of the pertinent portions of that conversation:

> Rafael **LOPEZ**: Fuck I'm pulled over n I got work
>
> CC: OMG where you at
>
> Rafael **LOPEZ**: Cos
>
> CC: IS IT PUT AWAY
>
> Rafael **LOPEZ**: No
>
> CC: Omg

---

Rafael **LOPEZ** then went to Jason K.'s house, gave him an ounce, departed that residence, and then was caught with the remaining 15 ounces of methamphetamine.

Rafael **LOPEZ**: Go grab my money

CC: From where

Rafael **LOPEZ**: Black safe dresser my side

CC: K

216.   Based on my training and experience, I know that drug traffickers and drug dealers use the phrase "work" and/or "working" to mean either selling illicit narcotics or getting paid for a previous distribution. Here, Rafael **LOPEZ** is telling CC that Rafael **LOPEZ** is being detained during a traffic stop, that he has illicit narcotics with him, and that the narcotics are not hidden. As Rafael **LOPEZ** is on probation, I believe he knows that his living quarters will likely be searched after this traffic stop, and is telling CC to hide his money.

217.   During the traffic stop, Sheriff's Deputies located a black plastic bag which contained 14.9 ounces of a white crystalline substance. Deputies also located $1,095 on Rafael **LOPEZ**'s person.

218.   At approximately 21:47 hours, Raul **LOPEZ** sent a text message to Rafael **LOPEZ**. The body of the text message read: "Boy call me asap here at your spot trying to work now." Approximately six minutes later, at 21:53 hours, Raul **LOPEZ** sent Rafael **LOPEZ** another text message that read: "Boy call me back asap." In this context, I believe Raul **LOPEZ** is trying to tell Rafael **LOPEZ** that Raul **LOPEZ** wants to get paid for the methamphetamine he previously supplied to Rafael **LOPEZ**.

219.   One minute later, Raul **LOPEZ** called Rafael **LOPEZ**'s phone, which was answered by an uncharged co-conspirator (CC). CC informed Raul **LOPEZ** that Rafael **LOPEZ** "got busted," and that CC was going to go attempt to post Rafael **LOPEZ**'s bail. Raul **LOPEZ** then stated that Rafael **LOPEZ** had some money that Rafael **LOPEZ** was supposed to give to Raul **LOPEZ**. CC then asked how much, and stated that CC probably had access to the money. Raul **LOPEZ** then stated "fifteen hundred." CC stated that CC had CC's son go "take the safe out of his pad because [Rafael **LOPEZ**] said that they were probably going to go hit it, which they did." CC then asked for a little bit of time to get to "it," and that CC would call Raul **LOPEZ** back because CC knew that the money was Raul **LOPEZ**'s.

220.    Based on my training and experience, I know that the street value of methamphetamine in the Kings County and Tulare County area is approximately $1,500 to $2,000, depending on various factors. The fact that Raul **LOPEZ** tells CC that Raul **LOPEZ** is owed "fifteen hundred" reinforces the idea that Raul **LOPEZ** sold a pound of methamphetamine to Rafael **LOPEZ** earlier that day.

221.    On June 1, 2019, at approximately 06:32 hours, Rafael **LOPEZ** sent a text message to Raul **LOPEZ** which read: "Brother I just bailed out I got your paper tho." Raul **LOPEZ** responded approximately one hour later, at 07:25 hours, by writing: "Okay let me know I'll be home."

222.    Based on my training and experience, I know that drug traffickers and drug dealers use the word "paper" in place of the word "money." Here, Rafael **LOPEZ** is assuring Raul **LOPEZ** that – even though Rafael **LOPEZ** was stopped and the methamphetamine taken by the police – Rafael **LOPEZ** is still going to pay Raul **LOPEZ** what Rafael **LOPEZ** owes him.

223.    In summary, the above calls and observations reveal that Raul **LOPEZ** distributed one pound of methamphetamine to Rafael **LOPEZ**. Rafael **LOPEZ** possessed with intent to distribute one pound of methamphetamine.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

# **CONCLUSION**

224.    I submit that the above facts set forth probable cause to believe that Salvador **CASTRO**, Jr., Raymond **LOPEZ**, Jesse **JUAREZ**, Michael **ROCHA**, Daniel **JUAREZ**, Angel **MONTES**, Rafael **LOPEZ**, Manuel **BARRERA**, Manuel **GARCIA**, Joann **BERNAL**, Ramon **AMADOR**, and Raul **LOPEZ** Jr. were in violation of Title 21, United States Code, Sections 846, 841(a)(1), Conspiracy to Possess with Intent to Distribute and Distribute Over 500 Grams of a Mixture Containing Methamphetamine (1 count); Section 841(a)(1), Possession with Intent to Distribute Over 500 Grams of a Mixture Containing Methamphetamine (2 counts); Section 841(a)(1), Distribution of Over 500 grams of a Mixture Containing Methamphetamine (1 counts); Section 841(a)(1), Distribution of Over 50 Grams of a Mixture Containing Methamphetamine (3 counts); and Section 841(a)(1), Possession with Intent to Distribute Over 50 grams of a Mixture Containing Methamphetamine (3 counts).  Therefore, I request that arrest warrants be issued for the above-named subjects.


Ryan Steger
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me

This ___ day of June 2019

The Honorable Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

Reviewed as to form.

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO

Assistant U.S. Attorney