
FILED
JUN 17 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK


SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR CASTRO, JR., et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:19MJ00128 BAM<br><br>**UNDER SEAL**<br><br>ORDER SEALING WRITS OF HABEAS CORPUS |

　　　The United States having applied to this Court for writs of habeas corpus in the above-captioned proceedings and having applied for the applications and writs of habeas corpus to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation,

　　　IT IS ORDERED that the applications and writs of habeas corpus filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: June 17, 2019

_____
HONORABLE BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE

Order Sealing Writs of Habeas Corpus　　　　　　1