# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**SEALED**

**FILED**

JUN 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

SALVADOR CASTRO, JR., ET AL.

      Defendant.

CR NO: 1:19 MJ 00128 BAM

**UNDER SEAL**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee:   Salvador CASTRO, Jr.

Detained at   Pleasant Valley State Prison, located at 24863 W Jayne Ave.,

Coalinga, California in Fresno County

Detainee is:   a.)   ☒ charged in this district by:   ☐ Indictment  ☐ Information  ☒ Complaint
                 charging detainee with:   Title 21 U.S.C. §§ 846, 841(a)(1) and 841(a)(1)

   or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings
   or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                 is currently being served at the detaining facility

*Appearance is necessary on June 18, 2019 at 2:00 p.m. in the Eastern District of California.*

Signature:

Printed Name & Phone No:   Justin J. Gilio

Attorney of Record for:   United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on June 18, 2019* for an appearance at *2:00 p.m* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: _____6/7/19_____

_____
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | "The Old Man"; "Gangster" | ☒Male  ☐Female |
| Booking or CDC #: | E84802 | DOB:  2/9/1970 |
| Facility Address: | 24863 W Jayne Ave., Coalinga, California | Race:  Hispanic |
| Facility Phone: | | FBI#:  191183LA9 |
| Currently | | |

## RETURN OF SERVICE

Executed on: _____          _____
                                                                (signature)