| | |
|---|---|
| 1 | |
| 2 |  |
| 3 | JUN 18 2019 |
| 4 | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY ℰ𝒱 |
| 5 | DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-MJ-00128-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER UNSEALING COMPLAINT |
| 1) SALVADOR CASTRO, JR. aka THE OLD MAN aka GANGSTER,<br>2) RAYMOND LOPEZ, aka NY,<br>3) JESSE JUAREZ aka STRESS aka MESS,<br>4) DANIEL JUAREZ,<br>5) MICHAEL ROCHA aka WHITEY,<br>6) ANGEL MONTES aka LISTO aka JAY,<br>7) RAFAEL LOPEZ aka HULK,<br>8) MANUEL BARRERA aka CHACHO,<br>9) MANUEL GARCIA aka MUGZY,<br>10) JOANN BERNAL,<br>11) RAMON AMADOR aka TWIST, and<br>12) RAUL LOPEZ, JR., | |
| Defendants. | |

The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and warrants to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation, and the arrest warrants now having been executed and the need for sealing has ceased;

///

///

Order Unsealing Complaint and Arrest Warrant

1

IT IS ORDERED that the complaint and arrest warrants filed in the above-entitled matter shall be unsealed.

Dated: June 18, 2019

_____
HONORABLE BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE