

JUN 18 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-MJ-00128-BAM |
| Plaintiff, | |
| v. | ORDER UNSEALING WRITS OF HABEAS CORPUS |
| SALVADOR CASTRO, JR., et al., | |
| Defendants. | |

The United States having applied to this Court for writs of habeas corpus in the above-captioned proceedings and having applied for the applications and writs of habeas corpus to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation, and the arrest warrant now having been executed and the need for sealing has ceased;

IT IS ORDERED that the applications and writs of habeas corpus filed in the above-entitled matter shall be unsealed.

Dated: June 18, 2019

HONORABLE BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE